CHAPMAN, POPIK & WHITE, LLP
William B. Chapman, State Bar No. 88079
Mark A. White, State Bar No. 88332
650 California Street, Suite 1900
San Francisco, CA 94108
Telephone: (415) 352-3000
Facsimile: (415) 352-3030

Attorneys for Plaintiff
Ernesto Lira

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO LIRA,<br><br> Plaintiff,<br><br>v.<br><br>DIRECTOR OF CORRECTIONS, et al.<br><br> Defendants. | No. C-00-0905 SI (pr)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT SCHMIDT<br><br>JURY TRIAL DEMANDED<br><br>Action Filed: March 14, 2000<br>Trial Date: November 26, 2007 |

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, and good cause having been shown;

Plaintiff's motion for an extension of time to serve defendant D. Schmidt with summons and first amended complaint is extended 30 days, to and including March 22, 2007.

Dated:

_____
United States District Judge