United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIRA

        Plaintiff(s),

v.

DIRECTOR OF CORRECT, ET AL

        Defendant(s).
_____/

No. 00-00905 SI (EDL)

ORDER EXCUSING ATTENDANCE
AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated May 29, 2007, the individual Defendants (Richard Kirkland, Teresa Schwartz, James Cox, Richard Pederson, Barry O'Neill, Daniel Smith, Victor Almager, Karne Mann, Louis Olivas, Steven Dwight, Patrick Nowling, Monte Day, John Maykel, Steven Moore, Kirsten Slatten, J. Olson, Weldon Olmstead, Edward Alameida, Donald Busser, Steve Herrera, Brian Fielder, Jose Chavez, Darlene Pizzella, John Stokes, Allen Scribner, Cara Patten, Darin Bradbury, Cheryl Bolles, Brian Heaps, Jeffrey Briddle, Matthew Nimrod, Donald Bruce, Kenneth Cruse, Mark Piland, James Tilton, and Don Schmidt) requested to be excused from personally appearing at the settlement conference scheduled for June 8, 2007. Plaintiff filed a conditional non-opposition to this request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that the individual Defendants are excused. If the Court concludes that the absence of the individual Defendants is interfering with the settlement conference, the Court

may continue the settlement conference and may order personal attendance by each party including the individual Defendants.

SO ORDERED.

Dated: June 4, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge