1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  SCOTT J. FEUDALE, State Bar No. 242671
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5871
     Fax:  (415) 703-5843
8    Email:  Scott.Feudale@doj.ca.gov

9  Attorneys for Defendants Richard Kirkland, Teresa A.
   Schwartz, James R. Cox, Barry J. O'Neill, Victor
10 Almager, Karne Mann, Louis L. Olivas, Steven P.
   Dwight, Patrick S. Nowling, Monte K. Day, John E.
11 Maykel, Steven R. Moore, Kirsten J. Slatten, James E.
   Tilton, J. Olson, Weldon J. Olmstead, Edward S.
12 Alameida, Jr., Donald R. Busser, Steve Herrera, Brian
   Fielder, Jose Chavez, Darlene Pizzella, John D.
13 Stokes, Allen K. Scribner, Cara M. Patten, Darin W.
   Bradbury, Cheryl Bolles, Brian Heaps, Jeffrey M.
14 Briddle, Matthew J. Nimrod, Donald D. Bruce,
   Kenneth R. Cruse, Mark Piland and Don Schmidt

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERNESTO LIRA,** | CASE NO. C-00-0905 SI (pr) |
| Plaintiff, | **JOINT STIPULATION TO EXTEND THE REMAINING COURT ORDERED DEADLINES** |
| v. | |
| **DIRECTOR OF CORRECTIONS, et al.,** | |
| Defendants. | |

On July 13, 2007, a Further Case Management Conference was held with the parties and the Court. During the conference, the Court ordered the parties to meet and confer regarding the scheduling of necessary depositions and to attend a further case management conference

scheduled for August 17, 2007, to resolve any further discovery dispute regarding the number of depositions to be taken in this lawsuit. During the conference, the Court also indicated that it was inclined to grant Plaintiff's request to extend the discovery cut off date to allow for the taking of additional depositions. However, to the best knowledge of the parties, Plaintiff's request to extend the discovery cut-off date was not granted at this hearing. Subsequent to the hearing, in minute order filed on July 16, 2007, the Court granted Plaintiff's request, extending the discovery cut-off date to September 28, 2007.

To extend this one deadline, however, without extending other deadlines including the deadline to file a dispostive motion and pretrial deadlines will result in a lack of judicial efficiency. Therefore, for consistency and judicial efficiency, the parties propose that the Court reschedule the remaining dates on calendar as follows to correspond with the extension of the discovery cut-off date:

a) October 5, 2007-Defendants' Dispostive Motion due (28 day extension)

b) October 19, 2007-Plaintiff's Opposition to Defendants' Dispostive Motion due (28 days extension)

c) October 26, 2007-Defendants' Reply to Plaintiff's Opposition due (28 day extension)

d) November 9, 2007-Hearing on Dispostive Motion (28 day extension)

e) December 11, 2007-Pretrial Conference (28 day extension)

f) January 7, 2008-Trial (42 day extension-the parties request an additional two weeks beyond the 28 day extension in order to avoid any conflict the parties or the Court may have with scheduling trial during the week between Christmas and New Years Day.)

IT IS SO STIPULATED:

DATED: July 18 2007

WILLIAM B, CHAPMAN, Esq.
Attorney for Plaintiff Ernesto Lira

DATED: July 20, 2007

SCOTT J. FEUDALE
Deputy Attorney General
Attorneys for Defendants Richard Kirkland, Teresa
Joint Stip. Ext. Ct. Ordered Deadlines

Lira v. Director of Corrections, et al.
C-00-0905 SI (pr)

2

1 | A. Schwartz, James R. Cox, Barry J. O'Neill,
2 | Victor Almager, Karne Mann, Louis L. Olivas, Steven P. Dwight, Patrick S. Nowling, Monte K.
3 | Day, John E. Maykel, Steven R. Moore, Kirsten J. Slatten, James E. Tilton, J. Olson, Weldon J.
4 | Olmstead, Edward S. Alameida, Jr., Donald R. Busser, Steve Herrera, Brian Fielder, Jose Chavez,
5 | Darlene Pizzella, John D. Stokes, Allen K. Scribner, Cara M. Patten, Darin W. Bradbury, Cheryl Bolles,
6 | Brian Heaps, Jeffrey M. Briddle, Matthew J. Nimrod, Donald D. Bruce, Kenneth R. Cruse, Mark Piland and Don Schmidt

8 IT IS SO ORDERED:

10 DATED: 08/06/07

HON. SUSAN ILLSTON
United States District Court Judge

11 20096491.wpd

12 CF2001CX0028

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Signature: Judge Susan Illston]*