1 EDMUND G. BROWN JR.
Attorney General of the State of California
2 DAVID S. CHANEY
Chief Assistant Attorney General
3 FRANCES T. GRUNDER
Senior Assistant Attorney General
4 JONATHAN L. WOLFF
Supervising Deputy Attorney General
5 SCOTT J. FEUDALE, State Bar No. 242671
Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5871
  Fax:  (415) 703-5843
8   Email:  Scott.Feudale@doj.ca.gov

9 Attorneys for Defendants Richard Kirkland, Teresa A.
Schwartz, James R. Cox, Barry J. O'Neill, Victor
10 Almager, Karen Mann, Louis L. Olivas, Steven P.
Dwight, Patrick S. Nowling, Monte K. Day, John E.
11 Maykel, Steven R. Moore, Kirsten J. Slatten, James E.
Tilton, J. Olson, Weldon J. Olmstead, Edward S.
12 Alameida, Jr., Donald R. Busser, Steve Herrera, Brian
Fielder, Jose Chavez, Darlene Pizzella, John D.
13 Stokes, Allen K. Scribner, Cara M. Patten, Darin W.
Bradbury, Cheryl Bolles, Brian Heaps, Jeffrey M.
14 Briddle, Matthew J. Nimrod, Donald D. Bruce,
Kenneth R. Cruse, Mark Piland and Don Schmidt
15

16                IN THE UNITED STATES DISTRICT COURT

17              FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO LIRA,<br><br>                  Plaintiff,<br><br>v.<br><br>DIRECTOR OF CORRECTIONS, et al.,<br><br>                  Defendants. | CASE NO.  C-00-0905 SI (pr)<br><br>**JOINT STIPULATION TO CONTINUE THE FURTHER SETTLEMENT CONFERENCE AND ORDER THEREON** |

    On June 8, 2007, a Settlement Conference was held with the parties and the Court. During the conference the parties did not settle and the court continued the case for a Further Settlement Conference set for September 20, 2007 at 2:00 p.m. On July 16, 2007, the Court continued the discovery cutoff date until September 28, 2007. In addition, on August 17, 2007, following a

1  Further Case Management Conference, the court ordered the case continued for motions setting
2  the hearing date for dispostive motions to November 30, 2007. During that conference, the Court
3  also continued the pretrial conference until December 18, 2007.
4      Due to the Court's recent extension of the Court ordered deadlines, including the discovery
5  cutoff deadline and the deadline for dispositive motions, the parties believe that it would be
6  premature to hold a Further Settlement Conference at this time, especially considering that
7  further discovery and/or the ruling on a dispositive motion may change either parties' position
8  with respect to settlement. Accordingly, the parties propose that the Court continue the Further
9  Settlement Conference to Decemeber 3, 2007, or as soon thereafter as the Court's schedule
10 permits.
11 IT IS SO STIPULATED:
12
13 DATED: Sept 12 2007
14     WILLIAM B, CHAPMAN, Esq.
    Attorney for Plaintiff Ernesto Lira
15
16 DATED: September 12, 2007
    SCOTT J. FEUDALE
17     Deputy Attorney General
    Attorneys for Defendants Richard Kirkland, Teresa
18     A. Schwartz, James R. Cox, Barry J. O'Neill,
    Victor Almager, Karne Mann, Louis L. Olivas,
19     Steven P. Dwight, Patrick S. Nowling, Monte K.
    Day, John E. Maykel, Steven R. Moore, Kirsten J.
20     Slatten, James E. Tilton, J. Olson, Weldon J.
    Olmstead, Edward S. Alameida, Jr., Donald R.
21     Busser, Steve Herrera, Brian Fielder, Jose Chavez,
    Darlene Pizzella, John D. Stokes, Allen K. Scribner,
22     Cara M. Patten, Darin W. Bradbury, Cheryl Bolles,
    Brian Heaps, Jeffrey M. Briddle, Matthew J.
23     Nimrod, Donald D. Bruce, Kenneth R. Cruse, Mark
    Piland and Don Schmidt
24 IT IS SO ORDERED:
25
26 DATED: September 14, 2007
27 HON. ELIZABETH D. LAPORTE
    United States

IT IS SO ORDERED
Judge Elizabeth D. Laporte

28