United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO LIRA,<br><br>    Plaintiff,<br><br>  v.<br><br>DIRECTOR OF CORRECT, et al.,<br><br>    Defendants.<br>_____/ | No. C 00-00905 SI (EDL)<br><br>NOTICE AND ORDER SETTING<br><u>FURTHER SETTLEMENT CONFERENCE</u> |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **December 5, 2007**, at 9:30 a.m., Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Plaintiff is this matter is currently incarcerated. Defense counsel shall make the necessary arrangements for plaintiff to appear telephonically and provide the information to the Court not less than forty-eight hours prior to the Settlement Conference. The Department of Corrections shall comply with this Court's order for plaintiff to be on telephone standby for the duration of the conference.

**<u>Updated confidential settlement conference statements shall be lodged with the Court by November 27, 2007.</u>**

All other provisions of this Court's original Notice and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Laporte's Courtroom Deputy **immediately** at (415) 522-3694 if this case settles prior to the date set for further settlement conference.

Dated:   September 17, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge