1  CHAPMAN, POPIK & WHITE, LLP
   William B. Chapman, State Bar No. 88079
2  Mark A. White, State Bar No. 88332
   650 California Street, Suite 1900
3  San Francisco, CA 94108
   Telephone: (415) 352-3000
4  Facsimile: (415) 352-3030

5  Attorneys for Plaintiff
   Ernesto Lira

6                          Denied -absent showing of cause....

7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  ERNESTO LIRA,                        )    No. C-00-0905 SI (pr)
                                         )
13        Plaintiff,                     )    STIPULATION AND ORDER
                                         )    AUTHORIZING FILING OF
14  v.                                   )    DISCOVERY LETTER BRIEF,
                                         )    INCLUDING ATTACHMENTS UNDER
15  DIRECTOR OF CORRECTIONS, et al.      )    SEAL
                                         )
16        Defendants.                    )
                                         )    Action Filed: March 14, 2000
17  _____  )    Trial Date: January 7, 2008

18                          **STIPULATION**

19        Plaintiff Ernesto Lira and defendants Director of Corrections, et al., through their respective

20  counsel, hereby stipulate in accordance with Civil Local Rule 7-12 that plaintiff's letter brief dated

21  September 17, 2007, and defendants' letter brief to be filed on September 24, 2007, concerning a

22  discovery dispute that has arisen in this action shall be filed under seal in its entirety, including

23  attachments.

24  //

25  //

26  //

1  Dated: September 20, 2007                    CHAPMAN, POPIK & WHITE, LLP

2

3                                               By: _____
                                                    Mark A. White
4                                                   Attorneys for Plaintiff Ernesto Lira

5

6  Dated: September 20, 2007                    EDMUND G. BROWN, JR., ATTORNEY GENERAL
                                                FOR THE STATE OF CALIFORNIA
7

8                                               By: _____
                                                    Scott J. Feudale
9                                                   Deputy Attorney General
                                                    Attorney for Defendants
10

11                                **ORDER**

12          The parties having so stipulated, IT IS SO ORDERED.

13

14  Dated: _____

                                                _____
15                                              The Honorable Susan Ilston
                                                United States District Judge
16

17

18

19

20

21

22

23

24

25

26

---

No. C-00-0905 SI (pr) - Stipulation for Order Authorizing Filing of Discovery Letter Brief, Including Attachments
Under Seal                                                                                          2

PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is Chapman, Popik & White, 650 California Street, 19th Floor, San Francisco, California, 94108.

On September 19, 2007 I served the following document:

STIPULATION AND ORDER AUTHORIZING
FILING OF DISCOVERY LETTER BRIEF, INCLUDING
ATTACHMENTS UNDER SEAL

on the parties involved addressed as follows:

Counsel for defendants
Scott J. Feudale
California Attorney General's Office
Correctional Law Section
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415-703-5843 (fax)

_____ **BY PERSONAL DELIVERY**: The within document(s) were served by hand in an envelope addressed to the addressee(s) above on this date.

__X__ **BY MAIL**: By placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid, in the United States mail, at San Francisco, California.

_____ **BY FACSIMILE**: By use of facsimile number 415/352-3030, I served a copy of the within document(s) on the above interest parties at the facsimile numbers listed above. The transmission was reported as complete and without error.

_____ **BY FEDERAL EXPRESS OVERNIGHT DELIVERY**: I caused each envelope, affixed with a prepaid airbill, to be deposited in a box regularly maintained by Federal Express.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on September 19, 2007.

Sandra Richey

---

Proof of Service