CHAPMAN, POPIK & WHITE, LLP
William B. Chapman, State Bar No. 88079
Mark A. White, State Bar No. 88332
650 California Street, Suite 1900
San Francisco, CA 94108
Telephone: (415) 352-3000
Facsimile: (415) 352-3030

Attorneys for Plaintiff
Ernesto Lira

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO LIRA,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECTOR OF CORRECTIONS, et al.<br><br>    Defendants. | No. C-00-0905 SI (pr)<br><br>**RESUBMITTED** STIPULATION AND ORDER AUTHORIZING FILING OF DISCOVERY LETTER BRIEF, INCLUDING ATTACHMENTS UNDER SEAL<br><br>Action Filed: March 14, 2000<br>Trial Date: January 7, 2008 |

No. C-00-0905 SI (pr)    1

```
CHAPMAN, POPIK & WHITE, LLP
William B. Chapman, State Bar No. 88079
Mark A. White, State Bar No. 88332
650 California Street, Suite 1900
San Francisco, CA  94108
Telephone: (415) 352-3000
Facsimile: (415) 352-3030

Attorneys for Plaintiff
Ernesto Lira
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO LIRA,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECTOR OF CORRECTIONS, et al.<br><br>    Defendants. | No. C-00-0905 SI (pr)<br><br>STIPULATION AND ORDER AUTHORIZING FILING OF DISCOVERY LETTER BRIEF, INCLUDING ATTACHMENTS UNDER SEAL<br><br>Action Filed: March 14, 2000<br>Trial Date: January 7, 2008 |

**STIPULATION**

Plaintiff Ernesto Lira and defendants Director of Corrections, et al., through their respective counsel, hereby stipulate in accordance with Civil Local Rule 7-12 that plaintiff's letter brief dated September 17, 2007, and defendants' letter brief to be filed on September 24, 2007, concerning a discovery dispute that has arisen in this action shall be filed under seal in its entirety, including attachments.

//

//

//

No. C-00-0905 SI (pr) - Stipulation for Order Authorizing Filing of Discovery Letter Brief, Including Attachments Under Seal

1

| | |
|---|---|
| 1 Dated: September 20, 2007 | CHAPMAN, POPIK & WHITE, LLP |
| 2 | |
| 3 | By: /s/ Mark C. White |
| 4 | Mark A. White<br>Attorneys for Plaintiff Ernesto Lira |
| 5 | |
| 6 Dated: September 20, 2007 | EDMUND G. BROWN, JR., ATTORNEY GENERAL<br>FOR THE STATE OF CALIFORNIA |
| 7 | |
| 8 | By: /s/ Scott J. Feudale |
| 9 | Scott J. Feudale<br>Deputy Attorney General<br>Attorney for Defendants |

**ORDER**

The parties having so stipulated, IT IS SO ORDERED.

Dated: _____
The Honorable Susan Illston
United States District Judge

No. C-00-0905 SI (pr) - Stipulation for Order Authorizing Filing of Discovery Letter Brief, Including Attachments Under Seal    2

## PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is Chapman, Popik & White, 650 California Street, 19th Floor, San Francisco, California, 94108.

On September 19, 2007 I served the following document:

STIPULATION AND ORDER AUTHORIZING FILING OF DISCOVERY LETTER BRIEF, INCLUDING ATTACHMENTS UNDER SEAL

on the parties involved addressed as follows:

Counsel for defendants
Scott J. Feudale
California Attorney General's Office
Correctional Law Section
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415-703-5843 (fax)

_____ **BY PERSONAL DELIVERY**: The within document(s) were served by hand in an envelope addressed to the addressee(s) above on this date.

__X__ **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid, in the United States mail, at San Francisco, California.

_____ **BY FACSIMILE**: By use of facsimile number 415/352-3030, I served a copy of the within document(s) on the above interest parties at the facsimile numbers listed above. The transmission was reported as complete and without error.

_____ **BY FEDERAL EXPRESS OVERNIGHT DELIVERY**: I caused each envelope, affixed with a prepaid airbill, to be deposited in a box regularly maintained by Federal Express.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on September 19, 2007.

*Sandra Richey*
Sandra Richey

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is Chapman, Popik & White, 650 California Street, 19th Floor, San Francisco, California, 94108.

On <u>September 21, 2007</u> I served the following document:

**RESUBMITTED** STIPULATION AND ORDER AUTHORIZING FILING OF DISCOVERY LETTER BRIEF, INCLUDING ATTACHMENTS UNDER SEAL

on the parties involved addressed as follows:

<u>Counsel for defendants</u>
Scott J. Feudale
California Attorney General's Office
Correctional Law Section
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415-703-5843 (fax)

_____ **BY PERSONAL DELIVERY**: The within document(s) were served by hand in an envelope addressed to the addressee(s) above on this date.

__X__ **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid, in the United States mail, at San Francisco, California.

_____ **BY FACSIMILE**: By use of facsimile number 415/352-3030, I served a copy of the within document(s) on the above interest parties at the facsimile numbers listed above. The transmission was reported as complete and without error.

_____ **BY FEDERAL EXPRESS OVERNIGHT DELIVERY**: I caused each envelope, affixed with a prepaid airbill, to be deposited in a box regularly maintained by Federal Express.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on September 21, 2007.

*Sandra Richey*
Sandra Richey

---

Proof of Service