IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIRA,<br><br>           Plaintiff,<br><br>  v.<br><br>DIRECTOR OF CORRECT, ET AL,<br><br>           Defendant.<br>_____/ | No. C 00-00905 SI<br>**Third**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON EXPERT DISCOVERY CUTOFF: <u>October 26, 2007.</u>

EXPERT DISCOVERY CUTOFF is <u>November 16, 2007</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>November 30, 3007</u>;

    Opp. Due <u>December 14, 2007</u>;  Reply Due <u>December 21, 2007</u>;

    and set for hearing no later than <u>January 4, 2008</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>January 22, 2008</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>February 4, 2008</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall brief the legal issues in dispute via letter briefs. The moving letter shall be filed on 10/29/07, the response shall be filed on 11/9/07 and any reply shall be filed on 11/15/07. The Court will rule on the legal issues prior to the dispositive motion cutoff date of 11/26/07.

The Court granted plaintiff request to increase the number of non expert depositions to 15 in addition to expert depositions.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/28/07

                                                                      SUSAN ILLSTON
                                                                      United States District Judge