1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  SCOTT J. FEUDALE, State Bar No. 242671
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone: (415) 703-5871
    Fax: (415) 703-5843
8   Email: Scott.Feudale@doj.ca.gov

9  Attorneys for Defendants Richard Kirkland, Teresa A.
   Schwartz, James R. Cox, Barry J. O'Neill, Victor
10 Almager, Karen Mann, Louis L. Olivas, Steven P.
   Dwight, Patrick S. Nowling, Monte K. Day, John E.
11 Maykel, Steven R. Moore, Kirsten J. Slatten, James E.
   Tilton, J. Olson, Weldon J. Olmstead, Edward S.
12 Alameida, Jr., Steve Herrera, Brian Fielder, Jose
   Chavez, Darlene Pizzella, John D. Stokes, Allen K.
13 Scribner, Cara M. Patten, Darin W. Bradbury, Cheryl
   Bolles, Brian Heaps, Jeffrey M. Briddle, Matthew J.
14 Nimrod, Donald D. Bruce, Kenneth R. Cruse, Mark
   Piland, and Don Schmidt

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO LIRA,<br><br>                       Plaintiff,<br><br>v.<br><br>DIRECTOR OF CORRECTIONS, et al.,<br><br>                       Defendants. | CASE NO.  C-00-0905 SI (pr)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND THE REMAINING COURT-ORDERED DEADLINES** |

On September 27, 2007, a Further Case Management Conference was held with the parties and the Court. During the conference, the Court ordered that the following Court-deadlines in are continued as follows:

a)   October 26, 2007- Non-expert discovery cutoff

    b)   November 16, 2007-Expert discovery cutoff

    c)   November 30, 2007-Dispostive motions due

    d)   December 14, 2007-Oppositions to dispositive motions due

    e)   December 21, 2007-Reply to dispositive motions due

    f)   January 4, 2008-Hearing on dispositive motions

    g)   January 15, 2008-Pretrial filings due

    h)   January 22, 2008-Pretrial conference

    i)   February 4, 2008-Trial

During the conference the Court also ordered briefing on the legal issues in dispute in this case via letter briefs. Moving papers are due on October 29, 2007, the response is due on November 9, 2007, and the reply must be filed by November 15, 2007. The Court then stated that it would rule on the legal issues prior to the dispositive motion deadline.

Subsequent to the September 26, 2007 Further Case Management Conference, Plaintiff was released on parole on October 9, 2007. Due some confusion regarding Plaintiff's pending parole release, both parties encountered some difficultly in scheduling Plaintiff's mental health examination with Defendants' retained expert, Dr. Adam Goldyne. The examination is now scheduled for November 5, 2007. However, Dr. Goldyne has informed Defendants' counsel that he will need at least two and a half weeks to prepare his expert report after examining Plaintiff. Because Dr. Goldyne's report is critical to the issues presented in Defendants' dispositive motion with respect to Plaintiff's claims for damages, the remaining Court-ordered deadlines will need to be similarly extended. Accordingly, the parties request that the Court continue the remaining deadlines as follows:

    a)   November 26, 2007-Expert disclosure deadline and moving letter-brief on legal issues presented due (a 28-day extension);

    b)   December 7, 2007-Response to letter brief on legal issues presented due (a 28-day extension);

    c)   December 10, 2007-Close of expert discovery (a 24-day extension);

    d)   December 14, 2007-Reply brief on legal issues presented due (a 29-day extension);

Joint Stip. & [Proposed] Order Further Ext. Ct. Ordered Deadlines      Lira v. Director of Corrections, et al.
C-00-0905 SI (pr)

2

e) January 11, 2008-Dispositive motions due (a 42-day extension-the parties request an additional two weeks beyond the 28-day extension in order to avoid any conflict the parties or the Court may have having briefing deadlines fall between Christmas and New Years Day);

f) January 25, 2008-Opposition to dispostive motions due (a 42-day extension);

g) February 1, 2008-Reply to Opposition to dispostive motions due (a 42-day extension);

h) February 8, 2008-Hearing on dispositive motions (a 35-day extension);

i) February 20, 2008-Pretrial filings due (a 36-day extension);

j) February 27, 2008-Pretrial conference (a 36-day extension);

k) March 10-14, 2008-Trial (a 35-day extension).

IT IS SO STIPULATED:

DATED: October 23, 2007

MARK A. WHITE Esq.
CHAPMAN, POPIK, & WHITE
Attorney for Plaintiff Ernesto Lira

DATED: October 23, 2007

SCOTT J. FEUDALE
Deputy Attorney General
Attorneys for Defendants Richard Kirkland, Teresa A. Schwartz, James R. Cox, Barry J. O'Neill, Victor Almager, Karne Mann, Louis L. Olivas, Steven P. Dwight, Patrick S. Nowling, Monte K. Day, John E. Maykel, Steven R. Moore, Kirsten J. Slatten, James E. Tilton, J. Olson, Weldon J. Olmstead, Edward S. Alameida, Jr., Donald R. Busser, Steve Herrera, Brian Fielder, Jose Chavez, Darlene Pizzella, John D. Stokes, Allen K. Scribner, Cara M. Patten, Darin W. Bradbury, Cheryl Bolles, Brian Heaps, Jeffrey M. Briddle, Matthew J. Nimrod, Donald D. Bruce, Kenneth R. Cruse, Mark Piland, and Don Schmidt

IT IS SO ORDERED:

DATED: _____

HON. SUSAN ILLSTON
United States District Court Judge

Joint Stip. & [Proposed] Order Further Ext. Ct. Ordered Deadlines       Lira v. Director of Corrections, et al.
                                                                         C-00-0905 SI (pr)

3

TOTAL P.04