IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO LIRA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DIRECTOR OF CORRECTIONS, et al.,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. C-00-0905 SI (pr)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE THEIR LETTER BRIEF DATED NOVEMBER 5, 2007 UNDER SEAL IN ITS ENTIRETY |

On November 5, 2007, Defendants' filed a Motion to File Their Letter Brief dated November 5, 2007, Including all Supporting Declarations and Exhibits, Under Seal under Local Rule 79-5. The Court has reviewed Defendants' Motion and Supporting Declaration of Deputy Attorney General Scott Feudale and finds good cause to file Defendants's letter brief and supporting declarations and exhibits under seal.

Accordingly, IT IS ORDERED that Defendants' letter brief dated November 5, 2007, including all supporting declarations and exhibits, be filed under seal in its entirety.

11/5/08

Dated: _____

_____
The Honorable Susan Illston
United States District Court Judge

[Proposed] Order Grant'g Defs.' Mot. File Letter Br. Under Seal　　　　Lira v. Director of Corrections, et al.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C-00-0905 SI (pr)

1