IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO LIRA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DIRECTOR OF CORRECTIONS, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. C-00-0905 SI (pr)<br><br>**[PROPOSED] ORDER EXTENDING THE REMAINING COURT-ORDERED DEADLINES** |

　　　Defendants Richard Kirkland, Barry J. O'Neill, Victor Almager, Louis L. Olivas, Steven P. Dwight, Patrick S. Nowling, Monte K. Day, John E. Maykel, Kirsten J. Slatten, Don Schmidt, Karen Mann, Weldon J. Olmstead, Edward S. Alameida, Jr., Steve Herrera, Brian Fielder, Jose Chavez, Darlene Pizzella, John D. Stokes, Allen K. Scribner, Cara M. Patten, Darin W. Bradbury, Cheryl Bolles, Brian Heaps, Jeffrey M. Briddle, Matthew J. Nimrod, Donald D. Bruce, Kenneth R. Cruse, Mark Piland, Steven R. Moore, James E. Tilton, J. Olson, Teresa A. Schwartz and James R. Cox filed a request to extend the remaining Court-ordered deadlines in this case. The Court has read and considered Defendants' request and Plaintiff's opposition and good cause appearing,

　　　IT IS HEREBY ORDERED that Defendants' request to extend the remaining Court-ordered deadlines is GRANTED. The remaining deadlines in this case shall be as follows:

[Proposed] Order Ext. Remaining Ct. Deadlines　　　　　　　　　Lira v. Director of Corrections, et al.
Case No. C-00-0905 SI (pr)

1

1     a)   December 28, 2007-Last day to designate rebuttal experts (new deadline)

2     b)   January 18, 2008-Close of expert discovery (a 39-day extension);

3     d)   ~~February 8, 2007~~ 1/25/08 -Dispositive motions due (a 28-day extension);

4     e)   ~~February 22, 2008~~ 2/8/08 -Opposition to dispostive motions due (a 28-day extension);

5     g)   ~~February 29, 2008~~ 2/15/08 -Reply to Opposition to dispostive motions due (a 28-day extension);

6     h)   ~~March 7, 2008~~ 2/29/08 -Hearing on dispostive motions (a 28-day extension);

7     i)   ~~March 19, 2008~~ 3/11/08 -Pretrial filings due (a 28-day extension);

8     j)   ~~March 26, 2008~~ 3/18/08 -Pretrial conference (a 28-day extension); and

9     k)   A~~pril 7-11, 2008~~ 3/24/08 -Trial (a 28-day extension).

Dated: 12/5/07

*[signature: Susan Illston]*

The Honorable Susan Illston
United States District Court Judge

[Proposed] Order Ext. Remaining Ct. Deadlines          Lira v. Director of Corrections, et al.
Case No. C-00-0905 SI (pr)