IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO LIRA, | No. C-00-00905 SI (EDL) |
| Plaintiff, | **ORDER FOLLOWING FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| DIRECTOR OF CORRECTIONS, et al., | |
| Defendants. | |

No later than December 12, 2007, Defendants shall submit a letter to Chambers regarding the results of the followup consultation with Mr. Brian Perry. The letter shall be sent via facsimile to (415) 522-2002. Plaintiff shall provide defendants, no later than December 12, 2007, with an approximate number of attorney hours worked on this case to date.

The Court sets a further settlement conference for March 5, 2008 at 11:00 a.m. The parties shall submit updated Confidential Settlement Conference Statements no later than April 27, 2008. Defendants shall have a high level representative of the California Department of Corrections with no limits on monetary authority in personal attendance at the further settlement conference. Counsel shall confer with Plaintiff regarding the representative well in advance and bring any dispute to Magistrate Judge Laporte's attention at least one week prior to the conference, if not earlier.

**IT IS SO ORDERED.**

Dated:   December 7, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge