1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  SCOTT J. FEUDALE, State Bar No. 242671
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5871
     Fax: (415) 703-5843
8    Email: Scott.Feudale@doj.ca.gov

9  Attorneys for Defendants Richard Kirkland, Barry J.
   O'Neill, Victor Almager, Louis L. Olivas, Steven P.
10 Dwight, Patrick S. Nowling, Monte K. Day, John E.
   Maykel, Kirsten J. Slatten, Don Schmidt, Karen Mann,
11 Weldon J. Olmstead, Edward S. Alameida, Jr., Steve
   Herrera, Brian Fielder, Jose Chavez, Darlene Pizzella,
12 John D. Stokes, Allen K. Scribner, Cara M. Patten,
   Darin W. Bradbury, Cheryl Bolles, Brian Heaps,
13 Jeffrey M. Briddle, Matthew J. Nimrod, Donald D.
   Bruce, Kenneth R. Cruse, Mark Piland, Steven R.
14 Moore, James E. Tilton, J. Olson, Teresa A. Schwartz
   and James R. Cox

15

16
                IN THE UNITED STATES DISTRICT COURT
17
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
18
                       SAN FRANCISCO DIVISION
19

20 | **ERNESTO LIRA,**                            | C-00-0905 SI (pr)

21 |                                   Plaintiff, | **STIPULATED PROTECTIVE ORDER GOVERNING THE DISCLOSURE AND HANDLING OF SENSITIVE DOCUMENTS TO PLAINTIFF**
22 |          v.
23 | **DIRECTOR OF CORRECTIONS, et al.,**
24 |                                  Defendants.

25

26      1.   Subject to the approval of the Court, the undersigned parties stipulate that the

27 provisions of this protective order shall apply to the materials bearing Bates Numbers AGO-

28 0378, and AGO-0380 to AGO-0383. The terms of this protective order govern Plaintiff's

counsel's handling of these documents with respect to their disclosure to Plaintiff. The materials covered by the protective order are being restricted in order to protect the privacy and the safety of the inmates named within the aforementioned documents.

2. If the documents bearing Bates numbers AGO-0378, and AGO-0380 to AGO-0383 are shown, disclosed, revealed, or otherwise provided to Plaintiff in any manner by Plaintiff's attorneys, Plaintiff's attorney's employees, Plaintiff's retained experts, Plaintiff's retained consultants, or any other person, this protective order limits Plaintiff's ability to share the information contained within these documents to discussions with his attorneys and their retained experts and/or consultants.

3. This protective order further prohibits Plaintiff from retaining any personal copies of the documents bearing Bates numbers AGO-0378, and AG0-0380 to AGO-0383.

4. This agreement is not intended to preclude any party from introducing the documents bearing Bates number AGO-0378, and AGO-0380 to AGO-0383 into evidence at the time of arbitration or mediation. However, the Court will address requests for the use of the aforementioned materials at trial, or in other court proceedings, and institute appropriate procedures to govern the use of these materials in open court.

5. The documents bearing Bates numbers AGO-0378, and AGO-0380 to AGO-0383 shall be used solely in connection with this litigation or a related appellate proceeding, and not for any other purpose, including any other litigation.

6. The provisions of this protective order are without prejudice to the right of any party: (a) to apply to the Court for a further protective order relating to further disclosure of the materials bearing Bates numbers AGO-0378, and AGO-0380 to AGO-0383; or (b) to apply to the Court for a modification of this order.

7. No later than thirty (30) days after the conclusion of the trial and any appeal, or upon other termination of this litigation, all documents bearing Bates numbers AGO-0378, and AGO-0380 to AGO-0383 by obtained by Plaintiff's counsel, and all copies of such materials, shall be destroyed or returned to defense counsel. If such materials are destroyed, Plaintiff's counsel shall so confirm in writing to Defendants' counsel that the documents were destroyed.

Stip. Protective Order Governing Disc. Sensitive Docs. to Pl.    Lira v. Director of Corrections, et al.
C-00-0905 SI (pr)

2

8. This protective order shall govern all aspects of this case and all appellate proceedings.

9. The provisions of this order shall remain in force and effect until further order of this Court.

10. Should counsel for Plaintiff or his attorneys fail to comply with any provisions of this protective order, the Court may, in its discretion, impose sanctions on the appropriate party including, but not limited to, those applicable as listed in Federal Rule of Civil Procedure 37(b)(2).

SO STIPULATED:

DATED: 12/13/07

MARK A. WHITE, Esq.
Attorney for Plaintiff Ernesto Lira

DATED: 12/13/07

SCOTT J. FEUDALE
Deputy Attorney General
Attorney for Defendants Richard Kirkland, Teresa A. Schwartz, James R. Cox,, Barry J. O'Neill, Victor Almager, Karen Mann, Louis L. Olivas, Steven P. Dwight, Patrick S. Nowling, Monte K. Day, John E. Maykel, Steven R. Moore, Kirsten J. Slatten, Weldon J. Olmstead, Edward S. Alameida, Jr., Donald R. Busser, Steve Herrera, Brian Fielder, Jose Chavez, Darlene Pizzella, John D. Stokes, Allen K. Scribner, Cara M. Patten, Darin W. Bradbury, Cheryl Bolles, Brian Heaps, Jeffrey M. Briddle, Matthew J. Nimrod, Donald D. Bruce, Kenneth R. Cruse and Mark Piland

APPROVED AND SO ORDERED:

DATED:_____

HON. SUSAN ILLSTON
United States District Court Judge

Stip. Protective Order Governing Disc. Sensitive Docs. to Pl.

Lira v. Director of Corrections, et al.
C-00-0905 SI (pr)

3

## CERTIFICATE OF SERVICE

Case Name:  **Lira v. Director of Corrections, et al.**
No.:  C-00-0905 SI (pr)

I declare:

On December 14, 2007, I electronically filed the following document(s):

**STIPULATED PROTECTIVE ORDER GOVERNING THE DISCLOSURE AND HANDLING OF SENSITIVE DOCUMENTS TO PLAINTIFF**

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

William Chapman
Attorney for Ernesto G. Lira
**E-mail Address:** chapman@chapop.com,dbrasher@chapop.com

Mark White
Attorney for Ernesto G. Lira
**E-mail Address:** mwhite@chapop.com,srichey@chapop.com

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

NONE

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 14, 2007, at San Francisco, California.

|  M. Luna  |  /s/ M. Luna  |
|---|---|
| Declarant | Signature |

CF2001CX0028
40197241.wpd