# EXHIBIT A

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC 128G (Rev 12/91)

NO: H-36693
Custody: MAX S
RelDate: EPRD 4/9/04

NAME: LIRA, Ernesto
CS: 59 (IV)
D1/D EFF 6/20/96
Reclass: 4/16/03

1074
C10-402L
Assignment: SHU/INDET
Action: CPP SHU/INDET STATUS; REFER CSR RX PBSP SHU RETENTION

Inmate Lira appeared before PBSP FAC-C ICC on this date for Annual/114D Review. No staff assistant was assigned as S is not illiterate, speaks English, can comprehend the issues, and is free of mental health services needs. An investigative employee was not required. Prior to Committee, S was issued an updated copy of his CDC 114D dated 10/10/02, and the CDC 812A, Notice of Critical Case Information - Prison Gang Identification, updated by IGI on 10/2/02. Committee notes a CDC 128-B2 dated 9/4/96, citing 3 documents that meet prison gang validation requirements. S is affiliated with a prison gang that is known to be involved in criminal activities which threaten the safety of others and institution security, and this requires continued segregation from the GP. S was informed that the Departmentally recognized avenues for release from SHU are through the debriefing process or through being determined to be an inactive prison gang member or associate as delineated in CCR, Title 15, sections 3378(e) and 3341.5(c)(4) and (5). C-file reflects IGI completed an Active/Inactive Review on 4/4/00. S remains active and will be eligible for another review in 2004, upon his request. Committee acts to retain SHU INDET and refer to CSR with recommendation for PBSP SHU based on his validation as an associate of the "Northern Structure" (NS) prison gang. DDP Review: Not required. S participated in Committee, acknowledged understanding, and disagreed with Committee action, stating he was appealing the validation and the CDC 114D. ICC informed S the documents and validation appears appropriate. S has no cellmate, and Committee notes the "S" custody suffix has previously been applied. Committee acts to retain the "S" suffix because S has not successfully completed the compatibility review for double celling in PBSP SHU. S was advised of Committee's decision and his right to appeal. Next reclass scheduled on 4/16/03, for 180-Day Review.

CHAIRPERSON: R. KIRKLAND/AW
D. PATTEN/FC(A)
E. DOUGLASS/LCSW
RECORDER: J. COX/CCII

CC: ☐OBIS ☒CSR ☐IGI ☐PSYCH ☐MED ☒CCI ☒INMATE ☐OTHER _____
(PEDERSON/jw)      Classification      FAC-C ICC/REVIEW

Committee Date: 10/16/02

Inst: PBSP