# EXHIBIT B

SUPPLEMENTAL PAGE
PELICAN BAY STATE PRISON (PBSP)
FIRST LEVEL REVIEWER'S RESPONSE
APPEAL # PBSP-C-02-03100   INMATE: LIRA, H-36693



APPEAL DECISION: DENIED

APPEAL ISSUE: (Modified)

You are requesting release from the Security Housing Unit (SHU) and placement on the general population (GP). Additionally you request to have all confidential documentation used in the validation process expunged from the Central File (C-File).

APPEAL RESPONSE:

A review of your appeal has been completed. Your complaint, including your requested remedial action, has received careful consideration. Mr. J. Cox, Correctional Counselor II (CCII), was assigned to investigate your allegations by the First Level Reviewer. CCII Cox interviewed you on December 20, 2002.

During the interview, you related basically the same information as contained in your appeal. You contend you were inappropriately retained on indeterminate status in PBSP-SHU. You claim your validation is inappropriate and that the information used in the validation is also inappropriate. You are requesting the confidential documentation utilized in the validation be expunged from your C-File.

CCII Cox completed a review of your C-File relative to this appeal issue. The C-File contains a California Department of Corrections (CDC) form 128B2, dated September 4, 1996, indicative that you are validated as an associate of the "Northern Structure" (NS) prison gang. Additionally, your C-File is inclusive of a CDC-128B Active/Inactive Gang Status Review dated April 4, 2000. The Active/Inactive review is indicative that there was new information developed as a result of the investigation; a confidential memorandum dated April 4, 1998. The Institutional Classification Committee (ICC) of October 16, 2002, reviewed the aforementioned documents and determined the validation/SHU Indeterminate placement to be appropriate. The Classification Staff Representative (CSR) review completed on November 21, 2002, following the ICC review, re-endorsed you for retention in PBSP-SHU. The CSR reviewed your Classification/validation and indicated the following, in part (Copy attached):

> "Inmate remains a threat to the security of the institution by his continuing association with a prison gang engaged in a criminal conspiracy against the safety of others. All referenced documents are present in the file, properly annotated and properly disclosed."

The original validation documents remain unchanged. You have not provided any new information that would warrant any different decision relative to your current PBSP-SHU indeterminate placement. Your contention that you should be released from SHU or that the confidential memorandums utilized in the validation process should be removed from your C-File, is inappropriate and unsupported by any departmental rule.

After close review of this matter, I find that staff have acted appropriately and in accordance with State Law, California Code of Regulations, Title 15, and the Department Operations Manual. There is no evidence to support your claim that continued SHU Indeterminate placement is inappropriate.

Based on the above, your appeal is **DENIED** at the First Level of Review.

| | | |
|---|---|---|
| P. T. SMITH   12-24-02 | R. KIRKLAND   12-24-02 | |
| Facility Captain   Date | Associate Warden   Date | |
| Facility C | Security Housing Unit | |