IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO G. LIRA, | No. C 00-905 SI |
| Plaintiff, | **ORDER DENYING DEFENDANTS' REQUEST TO MODIFY PRETRIAL AND TRIAL SCHEDULE** |
| v. | |
| DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

By letter brief, defendants request that the Court modify the pretrial schedule to allow defendants to file their dispositive motions after the February 11, 2008 deposition of plaintiff's expert, Craig Haney, Ph.D.[1] The Court DENIES defendants' request, and the briefing and the hearing on dispositive motions shall proceed as previously scheduled. However, if they wish, defendants may file a supplemental summary judgment brief regarding Dr. Haney's deposition testimony no later than **February 20, 2008**, and plaintiff may file a response to same no later than **February 27, 2008**.

**IT IS SO ORDERED.**

Dated: January 28, 2008

SUSAN ILLSTON
United States District Judge

---

[1] Defendants' letter brief is found at Docket No. 198, and plaintiff's response is found at Docket No. 201.