CHAPMAN, POPIK & WHITE, LLP
William B. Chapman, State Bar No. 88079
Mark A. White, State Bar No. 88332
650 California Street, Suite 1900
San Francisco, CA 94108
Telephone: (415) 352-3000
Facsimile: (415) 352-3030

Attorneys for Plaintiff
Ernesto Lira

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO LIRA, | No. C-00-0905 SI (pr) |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL OF CERTAIN DEFENDANTS |
| v. | |
| DIRECTOR OF CORRECTIONS, et al. | |
| Defendants. | |

**STIPULATION**

Plaintiff and defendants, through their respective counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of defendants Victor Almager, Cheryl Bolles, Darrin Bradbury, Donald Bruce, Jose Chavez, J. Cox, K. Cruse, M. Day, S. Dwight, B. Heaps, J. Maykel, Steve Moore, Matt Nimrod, P. S. Nowling, L. Olivas, Weldon Olmstead, B. O'Neill, C. Patten, Allen Scribner, and K. Slatten, on the following terms and conditions:

First, that these defendants, each waive any recovery of costs of suit;

Second, that these defendants acknowledge and confirm by this stipulation that they each release plaintiff Ernesto Lira from all claims and potential liability arising from or related to the filing and prosecution of this action, and hereby waive the provisions of California Civil Code section 1542 as it may otherwise affect the scope and enforceability of this release; and

Third, that these defendants authorize the Attorney General as defense counsel to accept service on their behalf of any subpoenas issued by counsel for plaintiff requiring their appearance and testimony at trial.

Dated: February 6, 2008

CHAPMAN, POPIK & WHITE, LLP

By: _____
Mark A. White
Attorneys for Plaintiff

Dated: February 7, 2008

EDMUND G. BROWN, JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: _____
Scott J. Feudale
Deputy Attorney General
Attorneys for Defendants

**ORDER**

The parties having so stipulated, and in accordance with Rule 41(a);

IT IS ORDERED that defendants Victor Almager, Cheryl Bolles, Darrin Bradbury, Donald Bruce, Jose Chavez, J. Cox, K. Cruse, M. Day, S. Dwight, B. Heaps, J. Maykel, Steve Moore, Matt Nimrod, P. S. Nowling, L. Olivas, Weldon Olmstead, B. O'Neill, C. Patten, Allen Scribner, and K. Slatten are hereby dismissed from this action with prejudice.

Dated: _____
United States District Judge