1  CHAPMAN, POPIK & WHITE, LLP
   William B. Chapman, State Bar No. 88079
2  Mark A. White, State Bar No. 88332
   650 California Street, Suite 1900
3  San Francisco, CA 94108
   Telephone: (415) 352-3000
4  Facsimile: (415) 352-3030

5  Attorneys for Plaintiff
   Ernesto Lira

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO LIRA, | No. C-00-0905 SI (pr) |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE PAGE LIMITATION OF HIS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| DIRECTOR OF CORRECTIONS, et al. | |
| Defendants. | Hearing: February 29, 2008<br>Time: 9:00 a.m.<br>Courtroom: 10<br>Judge: The Honorable Susan Illston |

The Court having reviewed and considered paintiff's administrative motion under Local Rule 7-11, and good cause having been shown;

IT IS ORDERED that plaintiff is granted leave to file an opposition to plaintiff's motion for summary judgment with an extended page limit up to and including 50 pages.

Dated: _____

/s/ Susan Illston
United States District Judge

No. C-00-0905 SI (pr) [Proposed] Order Granting Plaintiff's Motion For Administrative Relief To Extend The Page Limitation of His Opposition to Defendants' Motion for Summary Judgment

1