IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERNESTO LIRA,

    Plaintiff,

  v.

DIRECTOR OF CORRECTIONS, et al.,

    Defendants.

No. C-00-00905 SI (EDL)

**ORDER GRANTING IN PART DEFENDANTS' MOTION FOR RECONSIDERATION**

On February 20, 2008, Defendants filed a Motion for Leave to File a Motion for Reconsideration re: Order Following Further Settlement Conference. Although Defendants did not raise the issue in December when the Court set a further settlement conference at which it ordered a high level representative to attend with no limits on monetary authority, Defendants now state that they cannot comply with the order because it is inconsistent with CDCR's executive authority as an agency with respect to monetary settlement. Defendants do not explain how this is so or offer any alternative to facilitate a meaningful settlement conference. Defendants are ordered to immediately confer with Plaintiff about the appropriate alternative, and provide a letter to the Court by March 3, 2008 at noon regarding which high level official should attend who is in a strong position to recommend a settlement even if he or she does not have sole authority.

**IT IS SO ORDERED.**

Dated: February 27, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge