IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO G. LIRA,<br><br>        Plaintiff,<br>  v.<br><br>DIRECTOR OF CORRECTIONS OF THE STATE OF CALIFORNIA, et al.,<br><br>        Defendants.<br>_____/ | No. C 00-905 SI<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION TO SHORTEN TIME; DENYING PLAINTIFF'S MOTION FOR CERTIFICATION OF DEFENDANTS' APPEAL AS FRIVOLOUS** |

On March 7, 2008, defendants filed an interlocutory appeal of this Court's March 4, 2008 order denying defendants' motion for summary judgment on qualified immunity. In the March 4, 2008 order, this Court held that defendants were not entitled to qualified immunity because there were material issues of fact as to defendants' alleged constitutional violations, and the law governing defendants' alleged constitutional violations was clearly established at the time of the events giving rise to plaintiff's claims.

Trial is currently set for March 24, 2008, by which time this action will have been pending for some eight years. In an effort to save the trial date, plaintiff has filed a motion, and a related *ex parte* application to shorten time, asking this Court to certify defendants' appeal as frivolous.

The Court DENIES plaintiff's *ex parte* application and the motion for certification. (Docket Nos. 310 & 311). The Court is sympathetic to and shares plaintiff's desire to proceed to trial as expeditiously as possible. However, given the factual and legal complexities of this case, the Court cannot conclude that defendants' appeal is frivolous.

**IT IS SO ORDERED.**

Dated: March 10, 2008

                                                          SUSAN ILLSTON
                                                          United States District Judge