IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERNESTO G. LIRA,

    Plaintiff,

v.

DIRECTOR OF CORRECTIONS OF THE STATE OF CALIFORNIA, et al.,

    Defendants.

No. C 00-905 SI

**ORDER STAYING CASE PENDING APPEAL; ADMINISTRATIVELY CLOSING CASE**

Defendants have filed a notice of appeal of this Court's March 4, 2008 order denying defendants' motion for summary judgment. In light of the appeal, the Court STAYS this case and ADMINISTRATIVELY CLOSES this action during the pendency of the appeal. *See Chuman v. Wright*, 960 F.2d 104, 105 (9th Cir. 1992). Once the case returns from the Ninth Circuit, the Court will lift the stay and reopen this action.

**IT IS SO ORDERED.**

Dated: March 17, 2008

                                                  SUSAN ILLSTON
                                                United States District Judge