IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO LIRA,<br><br>        Plaintiff,<br>   v.<br><br>DIRECTOR OF CORRECTIONS, *et al.*,<br><br>        Defendants.       / | No. C 00-905 SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR *CRATEO* INDICATION** |

    Plaintiff's motion for a *Crateo* indication is scheduled for a hearing on June 20, 2008. Pursuant to Civil Local Rule 7-1(b), the Court VACATES the hearing and GRANTS the motion. (Docket No. 319). Plaintiff seeks an indication that this Court would be inclined to entertain a motion to dismiss with prejudice the 13 individual defendants if the Ninth Circuit were to grant a limited remand to allow plaintiff to file such a motion.

    Although defendants contend that a limited remand is not permitted for non-final judgments, defendants have not cited any authority for this contention. The Ninth Circuit has granted limited remands from interim appeals, *see e.g., Pelletier v. Federal Home Loan Bank of San Francisco*, 968 F.2d 865, 869 (9th Cir. 1992), and in any event, the question of the propriety of a limited remand is one for the Ninth Circuit. On the sole question presented by plaintiff's *Crateo*[1] motion, the Court states that it would favorably consider a motion to voluntarily dismiss with prejudice the 13 individual defendants.

    **IT IS SO ORDERED.**

Dated: June 18, 2008

                                          SUSAN ILLSTON
                                          United States District Judge

---

[1] *Crateo, Inc. v. Intermark, Inc.*, 536 F.2d 862, 869 (9th Cir. 1976).