CHAPMAN, POPIK & WHITE, LLP
William B. Chapman, State Bar No. 88079
Mark A. White, State Bar No. 88332
650 California Street, Suite 1900
San Francisco, CA  94108
Telephone: (415) 352-3000
Facsimile: (415) 352-3030

Attorneys for Plaintiff
Ernesto Lira

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO LIRA,<br><br>      Plaintiff,<br><br>v.<br><br>DIRECTOR OF CORRECTIONS, et al.<br><br>      Defendants.<br>_____ | No. C-00-0905 SI (pr)<br><br>PLAINTIFF'S REQUEST FOR CASE MANAGEMENT CONFERENCE<br><br>Proposed Conference<br>Date:   September 22, 2008<br>Time:   9:00 a..m.<br>Ctrm:  10<br>Judge:  The Honorable Susan Illston<br><br>Complaint Filed:  March 14, 2000<br>Trial Date:  None Set |

Plaintiff Ernesto Lira, pursuant to Local Rule 16-10(c), requests that the Court schedule a case management conference concurrently with the noticed hearing on his motion for dismissal of 13 individual defendants, set for September 22, 2008, at 9:00 a.m.  The request is made on the following grounds:

1.     Mr. Lira is currently in the process of securing dismissal of the 13 individual defendants for the purpose of mooting their pending interim appeal from denial of summary judgment on qualified immunity grounds, so that the appellate stay can be fully lifted and the balance

1  of Mr. Lira's case as against defendant Secretary of the California Department of Corrections and

2  Rehabilitation can proceed without further delay.

3      2.       The process of securing this relief has already involved two motions, in addition to

4  Mr. Lira's pending motion to dismiss the individual defendants, and a period of five months.  A

5  fourth and final motion before the Ninth Circuit will still be required in order to dismiss the interim

6  appeal as moot once dismissal of the individual defendants is accomplished.

7      3.       In order to minimize further delay entailed in the rescheduling of trial, Mr. Lira

8  submits that it would be appropriate and beneficial to all parties if a case management conference

9  were held in conjunction with the noticed September 22 hearing on his motion to dismiss, so that a

10 new trial date can be provisionally set and any remaining pre-trial matters such as remaining

11 discovery can be addressed as well.

12 Dated:  August 11, 2008              CHAPMAN, POPIK & WHITE, LLP

13

14

15                             By:        /s/
                                  Mark A. White

16                             Attorneys for Plaintiff Ernesto Lira



UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Susan Illston

NORTHERN DISTRICT OF CALIFORNIA