United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO LIRA, | No. C 00-905 SI |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE THIRTEEN DEFENDANTS** |
| v. | |
| DIRECTOR OF CORRECTIONS, *et al.*, | |
| Defendants. | |

Plaintiff has filed a motion to voluntarily dismiss with prejudice thirteen defendants. Defendants have filed a statement of non-opposition. Pursuant to Civil Local Rule 7-1(b), the Court VACATES the September 22, 2008 hearing, and GRANTS the motion. (Docket No. 329). Accordingly, the Court dismisses with prejudice the following defendants: Edward Alameida, Jr., Jeffrey Briddle, Donald Busser, Brian Fielder, Steve Herrera, Richard Kirkland, Karen Mann, Mark Piland, Darlene Pizzella (Best), Judy Olson, Donald Schmidt, Teresa Schwartz (Reagle), and John Stokes.

The case management conference shall be held on September 22, 2008 at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: September 3, 2008

SUSAN ILLSTON
United States District Judge