```
 1  CHAPMAN, POPIK & WHITE, LLP
    William B. Chapman, State Bar No. 88079
 2  Mark A. White, State Bar No. 88332
    650 California Street, Suite 1900
 3  San Francisco, CA  94108
    Telephone: (415) 352-3000
 4  Facsimile: (415) 352-3030

 5  Attorneys for Plaintiff
    Ernesto Lira
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ERNESTO LIRA, | ) No. C-00-0905 SI (pr) |
|---|---|
| Plaintiff, | ) ORDER SUBSTITUTING MATTHEW |
| | ) CATE FOR JAMES TILTON AS |
| v. | ) DEFENDANT SECRETARY OF CDCR |
| DIRECTOR OF CORRECTIONS, et al. | ) |
| Defendants. | ) |

The Court having been advised by counsel at the September 22, 2008 case management conference that James Tilton has recently been replaced by Matthew Cate as Secretary of the California Department of Corrections and Rehabilitation (CDCR);

IT IS ORDERED that Matthew Cate is hereby substituted for James Tilton as Defendant Secretary of CDCR, sued only in his official capacity.

Date:

_____
United States District Judge

1  G:\1337\P\Order Substituting Cate for Tilton.wpd

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26