IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO LIRA, | No. C 00-905 SI |
| Plaintiff, | NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE |
| vs. | |
| DIRECTOR OF CORRECTIONS et al., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Settlement Conference is scheduled for October 23, 2008 at 1:00 p.m., Courtroom F, 450 Golden Gate Avenue, San Francisco, CA 94102.

Lead counsel who will try the case shall appear at the Settlement Conference. Parties with the person or persons having full authority to negotiate and to settle the case shall be present or be available on telephone standby.

Confidential settlement conference reports shall be due by October 17, 2008 and shall be delivered by e-mail to nandor_vadas@cand.uscourts.gov. The parties shall notify Magistrate Judge Vadas' secretary, Gloria Masterson, immediately at (707) 445-3612 if this case settles prior to the date set for Settlement Conference.

SO ORDERED.

Dated: October 8, 2008

NANDOR J. VADAS
United States Magistrate Judge