United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERNESTO LIRA,

Plaintiff,

v

DIRECTOR OF CORRECTIONS et al.,

Defendants.

Case No C 00-0905 SI

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on October 23, 2008. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Scott Feudale

☒ Other: Mark White, Plaintiff's counsel

United States District Court
For the Northern District of California

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before ________________________, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on ________________________________________.

☒ The parties are unable to reach an agreement at this time.

Date: October 27, 2008

______________________________
Nandor J Vadas
United States Magistrate Judge