United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ERNESTO LIRA,<br><br>Plaintiff,<br><br>v<br><br>DIRECTOR OF CORRECTIONS et al.,<br><br>Defendants. | Case No C 00-0905 SI<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on October 23, 2008. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Scott Feudale

☒ Other: Mark White, Plaintiff's counsel

1   (2)    The following individuals, parties, and/or representatives did not appear:

2   (3)    The outcome of the proceeding was:

3        ☐ The case has been completely settled.

4        ☐ The case has been partially resolved and, on or before

5 _____, counsel for defendants shall file a joint stipulation specifying

6 those claims which have been resolved and those that remain to be resolved by the Court.

7        ☐ The parties agree to an additional follow up settlement on

8 _____.

9        ☒ The parties are unable to reach an agreement at this time.

10

11 Date: October 27, 2008                     _____
                                                 Nandor J Vadas
                                                 United States Magistrate Judge

**United States District Court**
For the Northern District of California