CHAPMAN, POPIK & WHITE LLP
William B. Chapman, State Bar No. 88079
Mark A. White, State Bar No. 88332
650 California Street, Suite 1900
San Francisco, CA 94108
Telephone: (415) 352-3000
Facsimile: (415) 352-3030

Attorneys for Plaintiff
Ernesto Lira

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO LIRA,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECTOR OF CORRECTIONS, et al.<br><br>    Defendants. | No. C-00-0905 SI (pr)<br><br>ORDER and WRIT OF HABEAS CORPUS AD TESTIFICANDUM REQUIRING THE ATTENDANCE OF INMATE FREDDIE LEYBA AT TRIAL |

    Freddie Charles Leyba, Inmate No. EO 3951, a necessary and material witness at the trial of this matter, is confined in California State Prison, Corcoran, located at 4001 King Avenue, Corcoran CA 93212, and in the custody of Derral G. Adams, Warden. In order to secure the inmate's attendance at trial it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the Warden to produce the inmate in Court to testify in the trial of this action at the place, time and date specified below.

No. C-00-0905 SI (pr) Order and Writ of Habeas Corpus Ad Testificandum Requiring the Attendance of Inmate Freddie Leyba at Trial

1

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testficandum issue, under seal of this Court, commanding the Warden to produce the inmate named above to testify in Courtroom 10, United States District Court, 450 Golden Gate, 19th Floor, San Francisco, CA 94103 on Wednesday, January 14, 2009 at 10:00 a..m., and from day to day until completion of the court proceedings or as ordered by the Court, and thereafter to return the inmate to the above institution;

2. The Court Clerk will fax copies of this Writ to the Litigation Department, **(559) 992-7372** and to the Warden's Office, **(559) 992-4636** at California State Prison, Corcoran, 4001 King Avenue, Corcoran CA 93212.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**TO: Warden**, Derral G. Adams, California State Prison, Corcoran, 4001 King Avenue, Corcoran CA 93212,

**YOU ARE COMMANDED** to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: December 23 , 2008

SUSAN ILLSTON
United States District Judge

No. C-00-0905 SI (pr) Order and Writ of Habeas Corpus Ad Testificandum Requiring the Attendance of Inmate Freddie Leyba at Trial