CHAPMAN, POPIK & WHITE LLP
William B. Chapman, State Bar No. 88079
Mark A. White, State Bar No. 88332
650 California Street, Suite 1900
San Francisco, CA  94108
Telephone: (415) 352-3000
Facsimile: (415) 352-3030

Attorneys for Plaintiff
Ernesto Lira

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO LIRA,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECTOR OF CORRECTIONS, et al.<br><br>    Defendants. | No. C-00-0905 SI (pr)<br><br>PLAINTIFF LIRA'S **SECOND AMENDED** LIST OF EXHIBITS LIKELY TO BE OFFERED AT TRIAL<br><br>Trial Date:  January 12, 2009<br>Ctrm:  10<br>Judge:  The Honorable Susan Illston<br><br>Complaint Filed:  March 14, 2000 |

     Plaintiff Lira hereby supplements his December 17, 2008 list of exhibits with brief statements pursuant to the parties' joint pretrial conference statement and Pretrial Instruction No. 1(a)(4)(A).

Dated:  January 9, 2009            CHAPMAN, POPIK & WHITE LLP


                             By:        /s/
                                     Mark A. White

                      Attorneys for Plaintiff Ernesto Lira

PLAINTIFF LIRA'S EXHIBIT LIST

| No. | Date | Sponsor | Document | Description | Bates Number |
|---|---|---|---|---|---|
| 1.<br><br>203 | 04/24/92 | Romero, Smith, Covello, Olson | Merced County Jail Incident Report | "Late Entry" handwritten report by Romero regarding jail yard incident of April 24, 1992 | EL 0012 |
| 2. | 07/31/92 | Lira | Classification Memo / 128-G | DVI / RC Assignment: SCC-I (Sierra Conservation Center) | EL 0040A |
| 3. | 08/28/92 | Lira | Classification Memo / 128-G | Initial Classification by ICC at SCC "Minimum A" custody and "PFT" | EL 0040B |
| 4.<br><br>272 | 09/25/92 | Best, Smith. Covello | Confidential Report of an inmate "debriefing" | | AGO-0068 - AGO-0080 |
| 5. | 04/07/93 | Lira, Covello, Olson | Order for Placement in Segregated Housing / 114-D | Reason for placement (pending ICC review): "problems between North/South Hispanic Inmates." | EL 0069 - EL 0070 |
| 6.<br><br>204 | 04/13/93 | Romero, Smith, Olson, Lira | Merced County Jail Incident Report | Typed report by Romero re year-ago jail yard incident of April 24, 1992 | EL 0071 |
| 7. | 04/22/93 | Lira, Smith, Covello | Classification Memo / 128-G | ICC "elects to release [Lira] from Ad-Seg." "Investigation has concluded and . . . no disciplinary report will issue." | EL 0073 |
| 8.<br><br>202 | 05/10/93 | Smith, Gordon, Covello, Lira | Chrono/ 128-B | A chrono over the typed signature of Sierra Camp C.O. Gordon (actually signed by Asst. IGI Smith), describing 5-month-old "search of the locker assigned to Inmate Lira" on 12/11/92 and the confiscation of "a drawing containing numerous symbols." | EL 0078A |
| 9.<br><br>271 | 05/10/93 | Smith, Gordon, Covello, Lira | Photocopy of drawing | Photocopy taken from Lira's locker | AGO 0024 |

1

| No. | Date | Sponsor | Document | Description | Bates Number |
|---|---|---|---|---|---|
| 10.<br><br>283<br>202 | 05/10/93 | Smith, Best, Olson, Lira | Chrono/ 128-B | Assistant IGI Smith's chrono re his receipt of "information from Officer R. Romero" re Lira | EL 0093 |
| 11.<br><br>303 | 05/11/93 | Covello, Olson | Chrono/ 128-B | Memo transmitting "validation package" for Lira to SSU | AGO-0161, AGO-0066- AGO-0067, EL 0078A, AGO 0024, AGO 0079, EL 0093, EL 0071 |
| 12. | 05/14/93 | Lira | Inmate Record Card | Listing Lira's "Min. A" housing and work assignments until parole on 5/14/93 | EL 0084 |
| 13.<br><br>205 | 07/02/93 | Olson, Lira | SSU Chrono / 128-B | CDCR document "validating" Lira "as a Northern Structure Associate." | EL 0090 |
| * | 3/3/95 | Briddle | Excerpts from IGI Lieutenant's Decl'n in support of CDC motions | Statement of certain CDC policies, practices, procedures re, validation, appeal and investigation. | See Exhibit 102 |
| 14.<br><br>266 | 12/28/95 | Olmsted, Herrera, Lira | Order for placement in Segregated Housing/ 114-D | Reasons for placement: "On 12/27/95... IGI informed me you are a validated Northern Structure Associate." | EL 0125 - EL 0126 |
| 15.<br><br>236<br>245 | 01/04/96 | Alameida, Lira | Classification Memo/ 128-G | Record of DVI's Initial ICC review of the 12/28/95 114-D "lock-up order": "No C-file . . . retain inmate in Ad-Seg." | EL 0128 |
| 16. | 02/08/96 | Alameida, Lira | Classification Memo/ 128-G | Record of DVI/ICC action: inmate out to court; "retain inmate in Ad-Seg." | EL 0128B |
| 17.<br><br>267 | 02/29/96 | Alameida, Hernandez, Lira | Order for placement in Segregated Housing/ 114-D | Reason for placement (after return from court): "You were previously housed on Ad-Seg . . . pending review." | EL 0129 - EL 0130 |

| No. | Date | Sponsor | Document | Description | Bates Number |
|---|---|---|---|---|---|
| * | 03/07/96 | Lira | Lira's Inmate Appeal/ Form 602 (un-numbered) | Lira's first appeal (Handed to Chavez) | See Exhibit 103 |
| 18. 251 | 03/07/96 | Alameida, Lira | Classification Memo / 128-G | Record of DVI/ICC action: "Committee . . . elects to return inmate . . . 90 day Ad-Seg extension." | EL 0133A |
| 19. 281 | 04/03/96 | Alameida, Lira | Classification Memo/ 128-G | "90-day Ad-Seg extension endorsed to allow completion of gang validation process." | EL 0133B |
| 20. 246 | 04/04/96 | Alameida, Lira | Classification Memo/ 128-G | Record of DVI/ICC action: "retain pending completion" (Lira out to court) | EL 0135 |
| 21. | 06/14/96 | Lira | Abstract of Judgment | Lira sentenced to 11 years after 3/29/96 conviction of violation of H&S Code 11379 [methamphetamines – see EL0161 at 13] | EL 0142 |
| 22. 206 | 06/20/96 | Alameida, Lira | Order for Placement in Segregated Housing / 114-D | Reason for placement (after return from court): "you were previously housed in Ad-Seg . . . pending review." | EL 0144 - EL 0145 |
| 23. 247 | 06/27/96 | Alameida, Lira | Classification Memo/ 128-G | Record of DVI/ICC action: "No c-file to review . . . retain inmate in Ad-Seg" (No mention of receiving Lira's appeal) | EL 0169 |
| 24. | 07/23/96 | Alameida, Lira, Pizzella | Lira's Inmate Appeal/ Form 602 (No. 96-1030) | Appeal of 6/20/96 "lock-up order" Asks for response to appeal papers "handed to Mr. Chavez" on 6/27/96 | EL 0184, EL 0187, EL 0188, EL 0186, EL 0197, EL 0217 |

| No. | Date | Sponsor | Document | Description | Bates Number |
|-----|------|---------|----------|-------------|--------------|
| 25. 248 | 07/25/96 | Alameida, Lira, Pizzella | Classification Memo/ 128-G | Record of DVI/ ICC action:  "ICC has reviewed the C-file and the SSU 128-B-2 chrono has been ordered via SSU."  Recommendation: "Transfer to PBSP-SHU on indeterminate SHU status based on validated gang membership" in the "Northern Structure Prison Gang." | EL 0194 |
| 26. | 07/26/96 | Lira | Informal Level Response to Inmate Appeal / Form 602 (No. 96-1030) | "Denied . . . You are a Northern Structure Prison Gang Associate . . . .  You also waived your hearing." | EL 0184 |
| 27. | 07/27/96 | Lira, Mann | Inmate Request (to K. Mann) | Lira questions validation | EL 00721 |
| 28. | 07/29/96 | Lira, Pizzella | Request for Formal Consideration of Inmate Appeal (No. 96-1030) | "What happened to the '602' [No. 96-1026] I submitted 6-27-96?" Also, "Sgt. Hernandez . . . state[d] to me I would be having a hearing." | EL 0184 |
| 29. 292 | 07/29/96 | Lira | Lira's Inmate Appeal of Ad-Seg confinement/ Form 602 (No. 96-1026) | Lira's appeal of Olmsted's 12/29/95 114-D "lock-up order" | Original Complete Ex 1: pp B D E C F G H I J K L |
| 30. | 08/01/96 | Alameida, Lira | Classification Memo/ 128-G | Record of DVI classification action: "Ad-Seg extension . . . until 10/15/96 to provide for SSU investigation/validation" | EL 0195A |

| No. | Date | Sponsor | Document | Description | Bates Number |
|---|---|---|---|---|---|
| 31.<br><br>249 | 08/22/96 | Alameida, Pizzella, Lira | Classification Memo/ 128-G | Record of DVI/ICC classification action: "retain inmate in Ad-Seg . . . pending receipt of missing documents" | EL 0223A |
| 32.<br><br>237 | 08/23/96 | Pizzella, Lira | CDCR's First-level Response to Inmate Appeal (No. 96-1030) | "Until your gang status is fully investigated and a determination is made by SSU . . . Appeal . . . is denied at this time.  However, . . . you will . . . receive . . . a special review once [a new] CDC 128-B-2 is provided." | EL 0185, EL 0186 |
| 33. | 09/02/96 | Lira | Request for Second-level Review of Inmate Appeal (No. 96-1026) | Lira says Best "could not address the issues." | EL 0197 |
| 34.<br><br>207 | 09/04/96 | Olson, Lira | SSU Chrono/ 128-B-2 | New-format CDC document again validates Lira "as a associate of the Northern Structure [NS] prison gang," based on the same "validation package" received from IGI Covello on 6/29/93 | EL 0707 |
| 35. | 09/18/96 | Alameida, Pizzella, Lira | Second-level Response to Inmate Appeal (No. 96-1030) | Warden's response:  "Inmate advised to file another appeal."  (But see 9/27/96 response to No. 96-1026) | EL 0217 |
| *<br><br>208 | 09/19/96 | Lira | Confidential Information Disclosure Form 1030 | Discloses information "indicat[ing] ... Northern Structure Prison gang Associate... Confidential Memo dated 9/25/92 and CDC 128B of 5/10/93 (2) two chronos" | See Exhibit 104 |
| 36.<br><br>250 | 09/19/96 | Best, Lira | Classification Memo/ 128-G | Record of DVI/ICC action: Committee "elects to impose an indeterminate SHU term for membership in the Northern Structure Prison Gang." | EL 0223B |
| 37. | 09/25/96 | | PBSP Mental Screening | "Does not have . . . condition . . . that would prohibit PBSP-SHU confinement." | MHR 0215 |

| No. | Date | Sponsor | Document | Description | Bates Number |
|-----|------|---------|----------|-------------|--------------|
| 38. | 09/25/96 | Lira | Double-celling chrono | PBSP voluntary double celling agreement (Lira and Montoya) | EL 0222A |
| 39. 238 | 09/27/96 | Alameida, Lira | Second-level Response to Inmate Appeal (No. 96-1026) | Warden Alameida's Denial of Lira's appeal on the basis of the 9/4/96 128-B-2 chrono which "validates you . . . under current criteria." | El 0219 - EL 0220 |
| 40. 241 | 09/27/96 | Lira | Classification Memo/ 128-G | Record of Pelican Bay Initial Classification action: "Retain Lira in SHU on indeterminate status." | EL 0228 |
| 41. 293 | 10/18/96 | Lira | Confidential Information Disclosure/ Form 1030 | Discloses existence of a "debriefing report" re Inmate "AGO 0068" who "identified you as a Northern Structure." | EL 0232 |
| 42. 276 | 01/24/97 | Lira | Director Level Decision re Appeal No. 96-1026 | Appeals Branch Chief's denial of Lira's appeal at the Director's Level | EL 0902 - EL 0905 |
| 43. 240 | 02/20/97 | Lira | Classification Memo/ 128-G | Record of PBSP/ICC action: Lira "denied involvement with the NS prison gang. . . recommendation [is] to retain in PBSP SHU on indet. status." | EL 0236 |
| 44. 300 301 | 10/07/97 | Lira | PBSP Facility C Officers' logbook pages | C-10 Control Booth and C-10 Unit logbook entries for Lira's SHU facility and related documents | AGO-0376- AGO-0383 |
| 45. | 10/31/97 | Lira, Crandall | Rules Violation Report/ 115D | Report and disposition (dismissal) of alleged mutual combat that occurred on 10/7/97 between Lira and Ramirez during a cell move | Complaint, Ex. 8 (pp. A-D) |
| 46. | 01/14/98 | Lira | Order for Placement in Segregated Housing / 114-D | Pre-typed report with blanks filled in with handwritten dates and words, e.g., (for Lira) "association" and "NS" | EL 0240 - EL 0241 |
| 47. 282 | 01/16/98 | Lira | Classification Memo/ 128-G | Record of PBSP/ICC action: "Annual 114-D review . . . decision was made to retain [Lira] in SHU." | EL 0243 |

| No. | Date | Sponsor | Document | Description | Bates Number |
|-----|------|---------|----------|-------------|--------------|
| 48. | 2/28/98 | n/a | SF Chronicle Article | Re Pelican Bay State Prison gang assaults | (None) (3-page electronic record) |
| 49. | 03/08/98 | Romero, Lira, Piland | Merced County Sheriff's Dept. Letter | From R. Romero: "We cannot find any gang validation on Ernesto Lira in Merced County jail. Lira [was] always housed in general population with other Northern Hispanics . . ." | EL 0264<br><br>offered as part of def's 213 |
| 50.<br><br>242 | 03/31/98 | Lira | Classification Memo/ 128-G | Record of PBSP/UCC action: "Retain in SHU . . . on Indeterminate Status . . . as a validated 'Northern Structure' associate." | EL 0249 |
| 51.<br><br>297 | 04/01/98 | Crandall, Dillard, McGrath | Confidential Report of a "Debriefing" | | AGO-0081 - AGO-0089 |
| 52.<br><br>213 | 04/04/98 | Lira, Piland | Lira's Inmate Appeal No. 98-01438 | Lira's 1998 appeal of his "Indeterminate segregated housing status" and 12/28/95 "lock-up order" | EL 00696 - EL 00701, EL 0125 - EL 0126, EL 0144 - EL 0145, EL 00704 - EL 00707, EL 0224, EL 00708 - EL 00712, EL 00717 - EL 00719, EL 0270, EL 00694 - EL 00695 |
| 53. | 07/29/98 | Piland | PBSP Fax Memo to SSU | "One of the sources used for validation has been rescinded by the author [Romero]. A new source [is] sent." (Enclosing "debriefing" of "Inmate AGO 0081") | AGO-0160 |

| No. | Date | Sponsor | Document | Description | Bates Number |
|---|---|---|---|---|---|
| 54. 214 | 08/06/98 | Lira, Piland | First-level review of Appeal No. 98-01438 | Sergeant Piland's written decision denying appeal | EL 00697, EL 00717 - EL 00719 |
| 55. | 08/24/98 | Lira | Lira's Request for Review: Appeal No. 98-01438 | Lira's request for second-level appeal review | EL 00697 - (R) EL 00698 |
| 56. 215 | 09/21/98 | Lira | Warden-level Response of Lira's Inmate Appeal / Form 602 (No. 98-01438) | Warden's decision denying Lira's appeal (No. 98- 01438) at the second level | EL 0270 EL 00694 - EL 00695, EL 00697 |
| 57. 243 | 12/08/98 | Lira | Classification Memo/ 128-G | Record of PBSP/ ICC "Annual 114-D Review" and action: "Retain SHU Indeterminate" although Lira "vehemently denied any affiliation with 'NS' Prison Gang." Committee advises Lira "of the departmentally approved method of disassociating himself from prison gang involvement by way of the debriefing process," | EL 00720 |
| 58. | 02/05/99 | Lira | Medical Reports/ Form 7219 | Descriptions of Ontiveros/Lira injuries | EL 0282 - EL 0284 |
| 59. | 03/17/99 | Lira, Schwartz | Rules Violation Report/ 115D (with sub-parts) | Describes in-cell incident that occurred on 02/05/99 between Lira and Ontiveros: "No serious injury . . . aggressor cannot be determined." Finding of "mutual combat." | EL 0285 - EL 0289 |
| 60. | 08/10/99 | Lira | Classification Memo/ 128-G | Pre-printed form records PBSP/UCC action on 120-day review: "Retain SHU Indet." [This is a pre-printed, as is "validation reviewed . . . and found to be complete, accurate and thorough" ] | EL 0290B |

| No. | Date | Sponsor | Document | Description | Bates Number |
|---|---|---|---|---|---|
| *<br><br>291 | 11/03/99 | Lira | Lira's Inmate Appeal/ Form 602 (un-numbered) | Lira's appeal of PBSP/IGI 11/1/99 "Confirmation" of his validation w/o investigation of his prior denials and of Romero's evidence | See Exhibit 105 |
| 61.<br><br>264 | 11/17/99 | Lira | Classification Memo / 128-G | "Annual 114D Review" Record of PBSP/ICC action: "Retain SHU/Indet.; Refer LEIU for Gang Inactive Review." Committee notes "possible conflict" between 4/10/93 chrono and "3/8/98 memorandum . . . written by . . . R. Romero" and "recommends LEIU evaluate this." And notes Lira contests inactive review: "How can I be . . . non-active when I am not part of this gang?" | EL 0297 |
| 62. | 02/19/00 | Lira | Health Care Services Action/ 128-G | Notification of lab test results (re hepatitis) | EL 0321 |
| 63.<br><br>222 | 04/04/00 | Fielder, Lira | Inactive Gang Task Force chrono/ 128-B | Notes new "confidential [debriefing] memorandum dated 4/1/98" which "speaks about Lira attacking his cellmate at the direction of another (non-validated) gang affiliate" | EL 0304 |
| 64.<br><br>294 | 05/25/00 | Lira | Confidential Information Disclosure/ Form 1030 | Notice to Lira of 26-month old confidential "debriefing" report of 4/1/98. See also form 1030 of 8/12/03 (EL 0506; Ex. 107) | EL 0314 |
| 65.<br><br>277 | 05/31/00 | Lira | Classification Memo/ 128-G | Record of 180-day review and PBSP/UCC action: "Return SHU Indet." (preprinted) | EL 0325 |
| *<br><br>* | 06/12/00 | Lira | Lira's Inmate Appeal Form 602 (No. 00-01048) | Lira's appeal of Fielder's active/inactive review determination. | See Exhibit 101 |
| 66.<br><br>254 | 11/08/00 | Lira, Schwartz, Dillard | Classification Memo/ 128-G | Record of PBSP/ICC annual 114-D review and action: "Continue SHU Indet." | EL 0367 |

| No. | Date | Sponsor | Document | Description | Bates Number |
|-----|------|---------|----------|-------------|--------------|
| 67. | 11/08/00 | Lira | Mental Health Screening/ 128-C | "Does not have exclusionary conditions that would prohibit PBSP SHU confinement." | EL 0368 |
| 68. 255 | 05/15/01 | Lira | Classification Memo/ 128-G | Record of PBSP/UCC action: 180 Day Review; Retain SHU Indet. | EL 0393 |
| 69. | 10/17/01 | Lira, Kirkland | Classification Memo/ 128-G | Record of PBSP/ICC action: "Annual 114-D Review – Retain SHU INDET" | EL 0411 |
| 70. | 11/28/01 | Fielder, Piland, Dillard, Crandall | Confidential Report of an inmate "debriefing" | | AGO-0120 - AGO-0128 |
| 71. 258 | 10/16/02 | Kirkland, Lira | Classification Memo/ 128-G | Record of PBSP/ICC action: "Annual 114-D Review – Retain SHU Indeterminate" | EL 0450 |
| 72. 290 | 11/18/02 | Lira | Lira's renewed Inmate Appeal / Form 602 (No. 02-03100) | Lira's re-appeal of Olmsted's December 1995 "lockup order," of all secondary ICC and UCC reviews and of his retention in Ad-Seg and SHU confinement at DVI and PBSP since 12/29/95 | EL 0456 - EL 0458, EL 0471, EL 0466 - EL 0468, EL 0477 - EL 0478, EL 0498 |
| 73. 289 | 12/08/02 | Lira | Lira's additional Inmate Appeal / Form 602 (No. 02-03434) | In this appeal (later consolidated with No. 02-03100), Lira seeks disclosure of evidence and an in-person evidentiary hearing | EL 0466 - EL 0468 |
| 74. | 12/24/02 | Kirkland, Lira | First-level Review of Lira's Inmate Appeal (No. C02-03100) | First-level denial of Lira's appeal | EL 0456 - EL 0458, EL 0471 |
| 75. | 01/06/03 | Lira, Schwartz | Lira's Request for Second-level Review of Appeal (No. 02-03100) | Lira's statement of reasons for second-level review | EL 0456 - EL 0458, EL 0471 |

| No. | Date | Sponsor | Document | Description | Bates Number |
|---|---|---|---|---|---|
| 76. | 01/28/03 | Schwartz, McGrath, Lira | Second-level Review of Lira's appeal (No. 02-03100 and No. 02-03434) | Warden McGrath's Second-level denial of Lira's consolidated appeals | EL 0456 - EL 0458, EL 0471, EL 0466 - EL 0468, EL 0477 - EL 0478 |
| 77. 295 | 02/21/03 | Lira | Confidential Information Disclosure / Form 1030 | Lira notified "Your name appeared on a list of individuals in bad standing with The Nuestra Familia / Northern Structure." | EL 0483 |
| * 259 | 4/8/03 | Lira | Classification Memo 128-G | Record of PBSP/UCC action on 180-day review:  "retain PBSP SHU." "S stated validation information not reliable." | EL 0488 See Exhibit 106 |
| 78. 230 274 | 05/21/03 | Lira | Director's Level Appeal Decision (No. C02-03100) | "Appeal is denied" | EL 0498 |
| 79. | 07/22/03 | Lira | Gang Validation Chrono/ 128-B-2 | "New 128-B-2" listing "5/10/93 (symbols) [drawing] 9/25/92 (debrief) 4/13/93 (other agency) [Romero report] 4/1/98 (debrief . . . submitted as update]" | EL 0504 |
| * 296 | 8/12/03 | Lira | CDCR Form 1030 | Disclosure of Confidential information re 4/1/98 debriefing: "...You participate in schooling other NS affiliates." | EL 0506 See Exhibit 107 |
| 80. 260 304 | 09/10/03 | Lira | Classification Memo / 128-G | Record of PBSP / ICC action "Annual 114-D Review - Retain PBSP SHU" | EL 0508A |

| No. | Date | Sponsor | Document | Description | Bates Number |
|---|---|---|---|---|---|
| 81. | 01/20/04 | Castellaw, Lira | Notification of Contraband Watch / 128-B | "Watch will consist of surveillance . . . and clothed body searches . . . because you are suspected of . . . possession of . . . the razorblade from [a] shaving razor." | EL 0523 |
| 82. | 01/21/04 | Castellaw, Lira, Morrison | Memo re Security Precautions, with Rules Violation Report / 115C of 01/30/04 and related documents | "Lira . . . charged with "possession of a deadly weapon" and contraband watch" because of missing 1 ½" blade | EL 0530, EL 0535, EL 0533 - EL0534, EL 0536 - EL 0538 |
| 83. | 01/30/04 | Lira | Rules Violation Report /115A and 115C | SHU guard charges Lira with violation for possessing staples and paper clip (in legal mail) | EL 0552, EL 0542 - EL 0547 |
| 84. | 02/24/04 | Castellaw, Lira | Memorandum re Lira | Razor incident "presented to Del Norte Co. D.A. for possible prosecution; Lira charged with P.C. 4502(a)...possession... of deadly weapon" | EL 0548 |
| 85. | 03/04/04 | Lira | Rules Violation Report - Part C / 115-C | At hearing on possession of staples and paper clip, Lira found not guilty of serious charges (reprimand only) | EL 0560 - EL 0561 |
| 86. | 04/12/04 | Lira | Clerk's minutes | Lira's jury trial on "razor" charges | EL 0585 - EL 0590 |
| 87. | 04/13/04 | Lira | Verdict | "Not Guilty" | EL 0591 |
| 88. | 04/14/04 | Lira | Notice of Parole | Effective date postponed from 3/10/04 to 4/14/04 | EL 0601 |
| 89. | 05/13/05 | Lira | Medical Information Chrono/ 128-C-1 | Lira has communicable disease (hepatitis) | EL 0649 |
| 90. | 06/02/05 | | Reception Center Medical Chrono/ 128-C-1 | "Multiple Issues" | EL 0615A |

| No. | Date | Sponsor | Document | Description | Bates Number |
|---|---|---|---|---|---|
| 91. | 09/22/05 | Hansen Lira | Mental Health Screening / 128-C | Lira "meets criteria for ...mental health treatment...of medical necessity" | EL 0648A |
| 92. | 10/27/05 | Lira | Classification Memo/ 128-G | Record of DVI/ICC Initial Ad-Seg Review action:  "Retain due to validated Northern Structure prison gang associate status." (with reasons for placement) | EL 0670 - EL 0671 |
| 93. | 12/28/05 | Lira, Hernandez | Notice of Critical Case Info/ 812 | Safety of Persons (Non-Confidential Enemies) | EL 0672 |
| 94. 285 | 04/14/06 | Brooks | Order for Placement in Segregated Housing/ 114-D | Reason for Placement:  "Retain Ad-Seg – Validated N/S Associate" | EL 0676 |
| 95. | 1/?/07 | Lira Hansen | Mental Health Placement/ 128-C | Meets inclusion criteria for mental health treatment . . . of necessity | AGO-0044 |
| 96. | 3/28/07 | Lira | General chrono/ 128-B | Report that "active" inmate Garza "battered inmate Lira" in DVI Ad-Seg on 1/12/07 | AGO-0047 |
| 97. | 8/23/07 | Custodian | Validation chrono/ 128-B-2 | Lira is "validated as Inactive Associate of Northern Structure (NS) Prison Gang"  ("No gang activity . . . in last six years"; On "bad news" list; No tattoos, etc.) | AGO-0209 - AGO-0215 |
| * | 10/5/07 | Romero | Declaration | Re Lira and re April 4, 1992 Merced jailyard incident | RDEC 1-3 See Exhibit 108 |
| 98. | Various [1992-2004] | Lira | Excerpts from Lira's prison journals and papers | Lira's notes and entries made during his SHU confinement at Pelican Bay (See Separate Binder) | ELJ 001- ELJ 144 |
| 99. | Various | Lira | Excerpts from Lira's CDCR mental health records | Various documents re Lira's mental and physical state while in custody (See Separate Binder) | MHR 0001 - MHR 0229 |
| 100. | Various | Lira | Photos | Views of SCC, DVI and PBSP | n/a |

| No. | Date | Sponsor | Document | Description | Bates Number |
|-----|------|---------|----------|-------------|--------------|
| 101. | 06/12/00 | Lira | Lira's Inmate Appeal Form 602 (No. 00-01048) | Lira's appeal of Fielder's active/inactive review determination. | EL 0326 - EL 0331 |
| 102. | 03/03/95 | Briddle | Excerpts from IGI Lieutenant's Decl'n in support of CDC motions | Statement of certain CDC policies, practices, procedures re, validation, appeal and investigation. | Briddle 1-15 |
| 103. | 03/07/96 | Lira | Lira's Inmate Appeal Form 602 (un-numbered) | Lira's first appeal (Handed to Chavez) | Original complete Ex. 1 - pg A |
| 104. 208 | 09/19/96 | Lira | Confidential Information Disclosure Form 1030 | Discloses information "indicat[ing] ... Northern Structure Prison gang Associate... Confidential Memo dated 9/25/92 and CDC 128B of 5/10/93 (2) two chronos" | EL 0224 |
| 105. 291 | 11/03/99 | Lira | Lira's Inmate Appeal Form 602 (un-numbered) | Lira's appeal of PBSP/IGI 11/1/99 "Confirmation" of his validation w/o investigation of his prior denials and of Romero's evidence | Original complete Ex 3 - pg. A, B, C, EL 0295 |
| 106. 259 | 4/8/03 | Lira | Classification Memo 128-G | Record of PBSP/UCC action on 180-day review: "retain PBSP SHU." "S stated validation information not reliable." | EL 0488 |
| 107. 296 | 8/12/03 | Lira | CDCR Form 1030 | Disclosure of Confidential information re 4/1/98 debriefing: "...you participate in schooling other NS affiliates." | EL 0506 |
| 108. | 10/5/07 | Romero | Declaration | Re Lira and re April 4, 1992 Merced jailyard incident | RDEC 1-3 |
| 109. | 2/14/08 | Romero | Declaration II | Re Lira and re April 24, 1992 Merced jailyard incident | RDEC 1-4 |
| 110. | 5/2/02 | Fielder | Prison Gang Hit List | List of persons "subject to assault by the NF/NS" | AGO-0129 - AGO-0137 |

| No. | Date | Sponsor | Document | Description | Bates Number |
|-----|------|---------|----------|-------------|--------------|
| 111. | 1/29/04 | Fielder | Prison Gang Hit List | List of persons "targeted for assault/murder by the NF/NS" | AGO-0138 - AGO-0148 |
| 112. | 10/15/07 | Business Record | CDC Housing Information | Computer print out | AGO-0378 |
| 113. | 10/13/07 | Leyba | Declaration | Re drawing EL 0081 | LDEC 1-6 |

G:\1337\Trial 09\Efiling Exhibit List.wpd

15