CHAPMAN, POPIK & WHITE LLP
William B. Chapman, State Bar No. 88079
Mark A. White, State Bar No. 88332
650 California Street, Suite 1900
San Francisco, CA 94108
Telephone: (415) 352-3000
Facsimile: (415) 352-3030

Attorneys for Plaintiff
Ernesto Lira

FILED
JAN 2 2 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO LIRA, | No. C-00-0905 SI (pr) |
| Plaintiff, | ORDER GRANTING PLAINTIFFS PERMISSION TO ENTER THE FEDERAL BUILDING AND COURTROOM 10 LOCATED AT 450 GOLDEN GATE, SAN FRANCISCO, CALIFORNIA |
| v. | |
| DIRECTOR OF CORRECTIONS, et al. | |
| Defendants. | |

On January 12, 2009, the trial of this action is scheduled to begin. Plaintiffs intend to use electronic equipment to aid in the presentation of their case. Plainitffs have arranged to install and the operation of this equipment on January 08, 2008.

This court, have duly considered plainitffs' request, grants them permission to bring electronic equipment into the federal building and Courtroom 10 located at 450 Golden Gate Avenue, San Francisco, California, during the pendency of the trial from January 12 through January 22, 2008.

No. C-00-0905 SI (pr) Order Granting Plaintiffs Permission to Enter the Federal Building/Courtroom 10 at 450 Golden Gate, San Francisco, California

1

1  **ACCORDINGLY, IT IS ORDERED** that:

2  Plaintiffs, their counsel and staff may bring the following electronic equipment into the federal
3  building and Courtroom 10, located on the 19th floor, 450 Golden Gate Avenue, San Francisco,
4  California.

5  One laptop computer

6  One connector cable

7  One USB cable

8  One power cord

9  Dated:   January 8, 2009

10  

11  SUSAN ILLSTON
United States District Judge