CHAPMAN, POPIK & WHITE, LLP
William B. Chapman, State Bar No. 88079
Mark A. White, State Bar No. 88332
650 California Street, Suite 1900
San Francisco, CA 94108
Telephone: (415) 352-3000
Facsimile: (415) 352-3030

Attorneys for Plaintiff
Ernesto Lira

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO LIRA,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECTOR OF CORRECTIONS, et al.<br><br>    Defendants. | No. C-00-0905 SI (pr)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE PAGE LIMITATION OF HIS MOTION FOR AWARD OF ATTORNEYS FEES<br><br>Hearing:   November 13, 2009<br>Time:      9:00 a.m.<br>Courtroom: 10<br>Judge:     The Honorable Susan Illston |

The Court having reviewed and considered plaintiff's administrative motion under Local Rule 7-11, and good cause having been shown;

IT IS ORDERED that plaintiff is granted leave to file his motion for attorneys fees with an extended page limit up to and including 35 pages.

Dated:

_[signature: Susan Illston]_
_____
United States District Judge

---

No. C-00-0905 SI (pr) [Proposed] Order Granting Plaintiff's Motion For Administrative Relief
To Extend The Page Limitation of His Motion for Award of Attorneys Fees    1