CHAPMAN, POPIK & WHITE, LLP
William B. Chapman, State Bar No. 88079
Mark A. White, State Bar No. 88332
650 California Street, Suite 1900
San Francisco, CA 94108
Telephone: (415) 352-3000
Facsimile: (415) 352-3030

Attorneys for Plaintiff
Ernesto Lira

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO LIRA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW CATE, et al. <br><br> Defendant. | No. C-00-0905 SI (pr) <br><br> STIPULATION AND PROPOSED ORDER GRANTING PLAINTIFF AN EXTENDED PAGE LIMITATION FOR THE REPLY IN SUPPORT OF HIS MOTION FOR AWARD OF ATTORNEYS FEES <br><br> Hearing:   February 19, 2010 <br> Time:       9:00 a.m. <br> Courtroom: 10 <br> Judge:      The Honorable Susan Illston |

**STIPULATION**

Pursuant to Civil Local Rule 7-11, plaintiff Ernesto Lira and defendant Secretary of the California Department of Corrections and Rehabilitation (CDCR) hereby stipulate to an order granting plaintiff administrative relief to extend the page limitation on his reply memorandum in support of his pending motion for award of attorneys fees to and including 22 pages.

This page extension is requested by plaintiff Lira, and stipulated to by CDCR, for the following reasons:

---

1. Local Rule 7-2(b) limits plaintiff's reply brief to 15 pages in length. Mr. Lira and his counsel believe that this is insufficient here because of the magnitude and complexity of the fee motion, which covers attorney services by two firms over a period of six years.

2. CDCR's opposition raises challenges to virtually every aspect of plaintiff's fee motion, including claimed hourly rates, claimed attorney and paralegal hours, reduction for alleged partial success, and availability and awardability of a multiplier. Plaintiff Lira and his counsel believe that they cannot adequately respond to each and all of these challenges without extension of the 15-page limit for his reply.

3. In addition, CDCR's opposition also includes a declaration from a retained fee auditing expert, which sets forth a detailed critique of the reasonableness of attorney and paralegal hours submitted from both of plaintiff's law firms, and which Mr. Lira and his counsel believe requires some detailed response in reply.

Dated: February 1, 2010            CHAPMAN, POPIK & WHITE LLP

By: _____/s/_____
         Mark A. White

Attorneys for Plaintiff Ernesto Lira


EDMUND G. BROWN, JR., ATTORNEY GENERAL
OF THE STATE OF CALIFORNIA


By: _____/s/_____
         Scott J. Feudale
Deputy Attorney General
Attorneys for Defendant

1 **ORDER**

2 Pursuant to the parties' stipulation, and good cause having been shown;

3 IT IS ORDERED that plaintiff is granted leave to file his reply memorandum in support of
4 his motion for attorneys fees with an extended page limit up to and including 22 pages.

5

6 Dated:

7 _____
8 United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# CERTIFICATE OF SERVICE

*Lira v. Director of Corrections, et al.*
United States District Court, N.D. Cal., Case No. C-00-0905 SI

I, the undersigned, declare:

I hereby certify that on February 1, 2010, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

STIPULATION AND PROPOSED ORDER GRANTING PLAINTIFF AN EXTENDED PAGE LIMITATION FOR THE REPLY IN SUPPORT OF HIS MOTION FOR AWARD OF ATTORNEYS FEES

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at San Francisco, California on February 1, 2010.

_____/s/_____
Denise Brasher

---

No. C-00-0905 SI (pr) Stipulation and Proposed Order Granting Plaintiff an Extended Page Limitation for the Reply in Support of His Motion for Award of Attorneys Fees         4