CHAPMAN, POPIK & WHITE, LLP
William B. Chapman, State Bar No. 88079
Mark A. White, State Bar No. 88332
650 California Street, Suite 1900
San Francisco, CA  94108
Telephone: (415) 352-3000
Facsimile: (415) 352-3030

Attorneys for Plaintiff
Ernesto Lira

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO LIRA, | No. C-00-0905 SI (pr) |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT CDCR'S MOTION FOR STAY OF ATTORNEYS FEES ORDER |
| v. | |
| DIRECTOR OF CORRECTIONS, et al. | Original Hearing Date:   April 16, 2010 |
| Defendants. | New Hearing Date:        April 23, 2010 |
| | Time:  9:00 a.m. |
| | Dept.: Ctrm. 10, 19th Floor |
| | Complaint Filed: March 14, 2000 |
| | Trial Date: January 12, 2009 |

Plaintiff Ernesto Lira and defendant Matthew Cate by and through their respective counsel, hereby stipulate to continue the hearing on defendant's Motion to Stay the Court's Order Awarding Plaintiff Attorneys's Fees and Costs from April 16, 2010, as originally noticed, to **April 23, 2010**, at 9:00 a.m. in Courtroom 10 of the Court.  With this continuance, it is further stipulated that plaintiff's

---

1 | opposition to the motion will be due on April 2, 2010, and defendant's reply will be due on April 9,
2 | 2010.

3 | Dated: March 23, 2010                    CHAPMAN, POPIK & WHITE, LLP

5 | By: _____/s/_____
        Mark A. White
6 | Attorneys for Plaintiff Ernesto Lira

7
8 | Dated: March 23, 2010                    EDMUND G. BROWN, JR., ATTORNEY GENERAL
                                             OF THE STATE OF CALIFORNIA

10 | By: _____/s/_____
         Scott J. Feudale
11 | Deputy Attorney General
     Attorneys for Defendant Matthew Cate

**ORDER**

Pursuant to the parties' stipulation,

IT IS SO ORDERED.

/s/ Susan Illston
_____
United States District Judge

G:\1337\P\AG Stay Judgment Stip to continue hearing.wpd

---

No. C-00-0905 SI (pr): Stipulation and Order to Continue Hearing on Defendant CDCR's Motion for Stay of Attorneys Fees Order                                                                          2