AO 133   (Rev. 11/08)  Bill of Costs

# UNITED STATES DISTRICT COURT

## for the

Northern      District of Califoria

| | |
|---|---|
| Ernesto Lira | ) |
| | ) |
| v. | ) |
| Director of Corrections, et al. | ) Case No.: C00-0905 SI |
| | ) |

### Bill of Costs

Judgment having been entered in the above entitled action on  __9/30/09__  against  __Defendant__ ,
                                                                              Date
the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for printed or electronically recorded  transcripts necessarily obtained for use in the case . . . . . . . | | 18,570.88 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,457.25 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 2,858.88 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . . . | | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,333.33 |

Dr. Adam Goldyne's fee for expert deposition.

TOTAL $      24,220.34

SPECIAL NOTE:   Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[ X ] Electronic service by e-mail as set forth below and/or.

[  ] Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:  _Mark A. White_

Name of Attorney: __Mark A. White__

For: _Plaintiff Ernesto Lira_                                      Date: _10/14/09_
                        Name of Claiming Party
                            **$24,220.34**
Costs are taxed in the amount of  _0.00_                                      and included in the judgment.

By: _/s/ Cora Klein_                    _10/21/2010_
          Clerk of Court                     Deputy Clerk                    Date

AO-133

AO 133  (Rev. 11/08)  Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| Milo Smith, Susanville, CA (depo) | 1.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 |
| Paul Dillard, CA (depo) | 1.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 |
| Joe McGrath, Sacramento, CA (depo) | 1.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 |
| Diana Crandall, CA (depo) | 1.00 | 40.00 | 0.00 | 0.00 | 0.00 | 18.43 | 58.43 |
| Dirk Covello, Oakdale, CA (depo) | 1.00 | 40.00 | 0.00 | 0.00 | 0.00 | 12.00 | 52.00 |
| Robert Gordon, Soulsbyville,CA (depo) | 1.00 | 40.00 | 0.00 | 0.00 | 0.00 | 73.72 | 113.72 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Inge Hansen, Stanford, CA (trial) | 1.00 | 40.00 | 0.00 | 0.00 | 0.00 | 20.04 | 60.04 |
| Robert Gordon, Soulsbyville CA(trial) | 1.00 | 40.00 | 0.00 | 0.00 | 0.00 | 137.63 | 177.63 |
| Judy Olson, Sacramento, CA (trial) | 1.00 | 40.00 | 0.00 | 0.00 | 0.00 | 61.79 | 101.79 |
| Edward Alameida, Sacramento CA (trial | 1.00 | 40.00 | 0.00 | 0.00 | 0.00 | 61.79 | 101.79 |
| Brian Fielder, Tracy, CA (trial | 1.00 | 40.00 | 0.00 | 0.00 | 0.00 | 83.56 | 123.56 |
| Milo Smith, Susanville, CA (trial | 1.00 | 40.00 | 0.00 | 0.00 | 0.00 | 148.43 | 188.43 |
| Joe McGrath, Sacramento, CA (trial) | 1.00 | 40.00 | 0.00 | 0.00 | 0.00 | 73.31 | 113.31 |
| Mark Piland, Chico, CA (trial) | 1.00 | 40.00 | 0.00 | 0.00 | 0.00 | 206.55 | 246.55 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | **TOTAL** | 1,457.25 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**

"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs - other than attorney's fees - should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Costs or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**Lira v. Cate Allowable Costs - Detail**

| DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 8/9/07 | Atkinson Baker - transcript of Rosenkrans | $1,097.45 | |
| 8/28/07 | Atkinson Baker - transcript of Gordon | $472.70 | |
| 9/12/07 | Atkinson Baker - transcript of Fielder | $1,502.05 | |
| 9/12/07 | Atkinson Baker - transcript of Smith | $433.25 | |
| 10/10/07 | Atkinson Baker - transcript of McGrath | $1,236.98 | |
| 10/10/07 | Kings Court Reporters - transcript of Lira | $494.50 | |
| 10/23/07 | Barkley Court Reporters - transcript of Alameida | $1,402.51 | |
| 10/23/07 | Barkley Court Reporters - transcript of Covello | $918.01 | |
| 10/2/07 | Covello Deposition - Oakdale conference room rental | $101.64 | |
| 10/23/07 | Barkley Court Reporters - transcript of Piland | $541.22 | |
| 11/21/07 | Barkley Court Reporters - transcript of Crandall | $1,065.02 | |
| 12/11/07 | Barkley Court Reporters - transcript of Hansen | $750.59 | |
| 12/11/07 | Barkley Court Reporters - transcript of Hansen vol. 2 | $803.75 | |
| 12/27/07 | Barkley Court Reporters - transcript of Dillard | $704.40 | |
| 1/18/08 | Legal Link - transcript of Good | $952.55 | |
| 1/18/08 | Legal Link - transcript of Vasquez | $631.75 | |
| 1/18/08 | Barkley Court Reporters - Crescent City conference room rental | $385.00 | |
| 2/8/08 | Combs Reporting - transcript of Goldyne | $631.20 | |
| 2/27/08 | Combs Reporting - transcript of Tristan | $627.50 | |
| 3/14/08 | Legal Link - transcript of Haney | $705.25 | |
| 1/13/09 | Paragon Reporting - transcript of Haney | $329.96 | |
| 1/28/09 | Atkinson Baker - transcript of Good | $336.50 | |
| | **SUBTOTAL** | **$16,123.78** | **$16,123.78** |
| | | | |
| | | | |
| | | | |
| 10/22/07 | Milo Smith - witness fee re deposition | $40.00 | |
| 10/22/07 | Paul Dillard - witness fee re deposition | $40.00 | |
| 10/22/07 | Joe McGrath - witness fee re deposition | $40.00 | |
| 10/22/07 | Diana Crandall - witness fee re deposition | $58.43 | |
| 10/22/07 | Dirk Covello - witness fee re deposition | $52.00 | |
| 10/22/07 | Robert Gordon - witness fee re deposition | $113.72 | |
| | **SUBTOTAL** | **$344.15** | **$344.15** |
| | | | |
| | | | |
| 12/12/08 | Inge Hansen - witness fee re trial | $60.04 | |
| 12/12/08 | Robert Gordon - witness fee re trial | $177.63 | |
| 12/16/08 | Judy Olson - witness fee re trial | $101.79 | |
| 12/16/08 | Edward Alameida - witness fee re trial | $101.79 | |
| 12/19/08 | Brian Fielder - witness fee and parking re trial | $123.56 | |
| 12/19/08 | Milo Smith - witness fee and parking re trial | $188.43 | |
| 12/19/08 | Joe McGrath - witness fee and parking re trial | $113.31 | |
| 12/30/08 | Mark Piland - witness fee and parking re trial | $246.55 | |
| | **SUBTOTAL** | **$1,113.10** | **$1,113.10** |
| | | | |
| | | | |
| 1/28/09 | Fee for court reporter at trial | $2,077.20 | |

| | | | |
|---|---|---|---|
| 3/27/09 | Fee for court reporter at trial | $369.90 | |
| | **SUBTOTAL** | **$2,447.10** | **$2,447.10** |
| | | | |
| | | | |
| 1/7/08 | Dr. Adam Goldyne - fee for expert deposition | **$1,333.33** | $1,333.33 |
| | | | |
| | | | |
| 1/6/09 | Golden State - litigation copies for trial | $310.63 | |
| 1/19/09 | Golden State - litigation copies for trial | $670.03 | |
| 1/28/09 | Golden State - litigation copies for trial | $1,878.22 | |
| | **SUBTOTAL** | **$2,858.88** | **$2,858.88** |
| | | | |
| | | | **$24,220.34** |
| | | | |

# Atkinson·Baker
### Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

| | |
|---|---|
| William B. Chapman<br>Chapman, Popik & White<br>650 California Street<br>19th Floor<br>San Francisco, CA 94108-2606 | Please refer to the Invoice No. and your Firm No. in any correspondence.<br>Contact Deborah Ryan<br>dryan@depo.com |

ABI'S Federal ID No.:    95-4189037

| | |
|---|---|
| Setting Firm: | Chapman, Popik & White |
| Taking Attorney: | William B. Chapman |
| Case Name: | Ernesto Lira v. CA Dept. of Corrections |
| Case No.: | C-00-0905 SI (pr) |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

| INVOICE NO. | A10522A AA |
|---|---|
| FIRM NO. | 1161375 |
| INVOICE DATE | 07/19/2007 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Reporter's transcript of the deposition of Terry Rosenkrantz, taken 7/3/2007. | $   1,097.45 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $   1,097.45 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

Paid Online
Date:  8/9/07

*ok to pay MB
1226.1337*

---

Fold and tear at this perforation, then return stub with payment.

---

| BALANCE DUE | $   1,097.45 |
|---|---|
| INVOICE NO. | A10522A AA |
| FIRM NO. | 1161375 |

For:    Reporter's transcript of the deposition of Terry Rosenkrantz, taken 7/3/2007.

From:   William B. Chapman
Chapman, Popik & White
650 California Street
19th Floor
San Francisco, CA 94108-2606

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

# Atkinson·Baker
Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

| | |
|---|---|
| William B. Chapman<br>Chapman, Popik & White<br>650 California Street<br>19th Floor<br>San Francisco, CA 94108-2606 | Please refer to the Invoice No. and your Firm No. in any correspondence.<br>Contact Deborah Ryan<br>dryan@depo.com |

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Chapman, Popik & White |
|---|---|
| Taking Attorney: | William B. Chapman |
| Case Name: | Ernesto Lira v. CA Dept. of Corrections |
| Case No.: | C-00-0905 SI (pr) |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

| INVOICE NO. | A105B34 AA |
|---|---|
| FIRM NO. | 1161375 |
| INVOICE DATE | 07/27/2007 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Reporter's transcript of the deposition of Robert Gordon, taken 7/18/2007. | $ 472.70 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $ 472.70 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

*Ok to pay     1226-1337 — Lira (NLB)*

*Paid Online*
*Date: 8/28/07*

--- Fold and tear at this perforation, then return stub with payment. ---

| BALANCE DUE | $ 472.70 |
|---|---|
| INVOICE NO. | A105B34 AA |
| FIRM NO. | 1161375 |

For:  Reporter's transcript of the deposition of Robert Gordon, taken 7/18/2007.

From:   William B. Chapman
Chapman, Popik & White
650 California Street
19th Floor
San Francisco, CA 94108-2606

Remit To:  Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

# Atkinson·Baker
### Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

Mark White
Chapman, Popik & White
650 California Street
19th Floor
San Francisco, CA 94108-2606

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Deborah Ryan
dryan@depo.com

| ABI'S Federal ID No.: | 95-4189037 | |
|---|---|---|
| Setting Firm: | Chapman, Popik & White | |
| Taking Attorney: | Mark White | |
| Case Name: | Ernesto Lira v. CA Dept. of Corrections | |
| Case No.: | C-00-0905 SI (pr) | |
| Claim No.: | | |
| Insurance Co.: | | |
| Insured: | | DOL: |
| Clients Ref.#1: | | |
| Clients Ref.#2: | | |
| Adjuster: | | |

| INVOICE NO. | A105B2E AA |
|---|---|
| FIRM NO. | 1161375 |
| INVOICE DATE | 08/17/2007 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Reporter's transcript of the deposition of Brian Hielder, taken 8/3/2007. | $    1,502.05 |
| PAYMENTS | -  $ 0.00 |
| BALANCE DUE | $    1,502.05 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

## Paid Online
## Date: 9/12/07

------ Fold and tear at this perforation, then return stub with payment. ------

| BALANCE DUE | $    1,502.05 |
|---|---|

For:   Reporter's transcript of the deposition of Brian Hielder, taken 8/3/2007.

| INVOICE NO. | A105B2E AA |
|---|---|
| FIRM NO. | 1161375 |

From:   Mark White
Chapman, Popik & White
650 California Street
San Francisco, CA 94108-2606

RECEIVED

AUG 2 4 2007

Chapman, Popik & White

Remit To:   Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**Atkinson·Baker**
Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

William B. Chapman
Chapman, Popik & White
650 California Street
19th Floor
San Francisco, CA 94108-2606

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Deborah Ryan
dryan@depo.com

| | |
|---|---|
| ABI'S Federal ID No.: | 95-4189037 |

| | |
|---|---|
| Setting Firm: | Chapman, Popik & White |
| Taking Attorney: | William B. Chapman |
| Case Name: | Lira vs CA Dept of Corrections |
| Case No.: | |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

| INVOICE NO. | A10685B AA |
|---|---|
| FIRM NO. | 1161375 |
| INVOICE DATE | 08/24/2007 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Reporter's transcript of the deposition of Milo Smith, taken 8/14/2007. | $ 433.25 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $ 433.25 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

*ok to pay RB*

*1226.1337*

**Paid Online**
**Date:** 9/12/07

---

Fold and tear at this perforation, then return stub with payment.

---

| BALANCE DUE | $ 433.25 |
|---|---|
| INVOICE NO. | A10685B AA |
| FIRM NO. | 1161375 |

For:   Reporter's transcript of the deposition of Milo Smith, taken 8/14/2007.

From:   William B. Chapman
Chapman, Popik & White
650 California Street
19th Floor
San Francisco, CA 94108-2606

Remit To:   Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

# Atkinson·Baker
### — Court Reporters —

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

*1226-1337*

| William B. Chapman<br>Chapman, Popik & White<br>650 California Street<br>19th Floor<br>San Francisco, CA 94108-2606 |
|---|

| Please refer to the Invoice No. and your Firm No. in any correspondence.<br>Contact Deborah Ryan<br>dryan@depo.com | |
|---|---|
| ABI'S Federal ID No.: | 95-4189037 |

| INVOICE NO. | A106DF4 AA |
|---|---|
| FIRM NO. | 1161375 |
| INVOICE DATE | 09/07/2007 |
| DUE UPON RECEIPT | |

| Setting Firm: | Chapman, Popik & White | |
|---|---|---|
| Taking Attorney: | William B. Chapman | |
| Case Name: | Ernesto Lira vs CDC | |
| Case No.: | C-00-0905 SI (pr) | |
| Claim No.: | | |
| Insurance Co.: | | |
| Insured: | | DOL: |
| Clients Ref.#1: | | |
| Clients Ref.#2: | | |
| Adjuster: | | |

| ITEM | LINE TOTAL |
|---|---|
| Reporter's transcript of the deposition of Joe McGrath and Judy Olson, taken 8/21/2007. | $    1,236.98 |
| PAYMENTS | -  $ 0.00 |
| BALANCE DUE | $    1,236.98 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

---

Fold and tear at this perforation, then return stub with payment.

---

| BALANCE DUE | $    1,236.98 |
|---|---|
| INVOICE NO. | A106DF4 AA |
| FIRM NO. | 1161375 |

From:   William B. Chapman
        Chapman, Popik & White
        650 California Street
        19th Floor
        San Francisco, CA 94108-2606

For:    Reporter's transcript of the deposition of Joe
        McGrath and Judy Olson, taken 8/21/2007.

Remit To:   Atkinson-Baker,Inc.
            500 NORTH BRAND BOULEVARD,
            THIRD FLOOR
            GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.



KINGS COURT REPORTERS
CERTIFIED SHORTHAND REPORTERS
1400 WEST LACEY BOULEVARD
HANFORD, CALIFORNIA 93230
(559) 585-3450
IRS ID# 77-0132359


MARK A. WHITE Esq.                          September 25, 2007
CHAPMAN, POPIK & WHITE
650 CALIFORNIA STREET                       Invoice# 88359
19TH FLOOR
SAN FRANCISCO, CA 94108                     Balance:    $494.50


Caption: C-00-0905 LIRA VS. DEPT. OF CORRECTIONS

Scheduled: 09/11/07    Billed: 09/25/07
Reporter: 6200


I n v o i c i n g    I n f o r m a t i o n


Charge Description                                          Amount

DEPOSITION OF: ERNESTO LIRA

    TRANSCRIPT, 1 CERTIFIED COPY                            407.75
    EXHIBITS                                                 53.75
    LITIGATION PACKAGE                                       25.00


    SHIPPING & HANDLING                                       8.00


Paid Online
Date: 10/10/07

1.50% per month on unpaid balance


P l e a s e    R e m i t   - - - >    Total Due:    $494.50


THIS INVOICE DUE AND PAYABLE UPON RECEIPT AND
BECOMES DELINQUENT IN 30 DAYS

**RECEIVED**

OCT 0 1 2007   1224.1337

Chapman, Popik & White

# INVOICE



**BARKLEY**
Court Reporters
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2611

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 339590 | 10/2/2007 | 250400 |

| Job Date | Case No. |
|---|---|
| 9/27/2007 | |

| Case Name |
|---|
| Ernesto Lira v. Director of Corrections, et al. |

| Payment Terms |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

William Chapman, Esq.
Chapman, Popik & White
650 California Street, 19th Flr.
San Francisco, CA 94108

ORIGINAL TRANSCRIPT OF:
Edward S. Almeida, Jr.                                                    1,402.51

TOTAL DUE >>>        **$1,402.51**

This invoice includes an expedite surcharge for $617.12

OUCH! ok to pay? DB

1226.1337

RECEIVED
OCT 0 8 2007
CHAPMAN, POPIK & WHITE

**Tax ID:** 20-3803696                                    Phone: 415-352-3000    Fax:

*Please detach bottom portion and return with payment.*

William Chapman, Esq.
Chapman, Popik & White
650 California Street, 19th Flr.
San Francisco, CA 94108

Job No.      : 250400          BU ID        :04 - Sac
Case No.     :
Case Name    : Ernesto Lira v. Director of Corrections, et al.

Invoice No.  : 339590          Invoice Date : 10/2/2007
**Total Due** : **$ 1,402.51**

Remit To:  **Barkley Court Reporters**
**File No 50217**
**Los Angeles, CA 90074**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Amount to Charge:
Cardholder's Signature:

1226, 1337

# INVOICE

**BARKLEY**
Court Reporters
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2611

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 340192 | 10/15/2007 | 251309 |
| **Job Date** | **Case No.** | |
| 10/2/2007 | C-00-095 SI (pr) | |
| **Case Name** | | |
| Ernesto Lira v. Director of Corrections, et al. | | |
| **Payment Terms** | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Mark A. White, Esq.
Chapman, Popik & White
650 California Street, 19th Flr.
San Francisco, CA 94108

ORIGINAL TRANSCRIPT OF:
Dirk Armando Covello

918.01

TOTAL DUE >>>   $918.01

Paid Online
Date: 10/23/07

OK to pay
SW

Tax ID: 94-3384408                                    Phone: 415-352-3000    Fax:

*Please detach bottom portion and return with payment.*

Mark A. White, Esq.
Chapman, Popik & White
650 California Street, 19th Flr.
San Francisco, CA 94108

Job No.      : 251309        BU ID        : XX 03-SF
Case No.     : C-00-095 SI (pr)
Case Name    : Ernesto Lira v. Director of Corrections, et al.

Invoice No.  : 340192        Invoice Date : 10/15/2007
**Total Due** : **$ 918.01**

Remit To: **Barkley Court Reporters**
**File No 50217**
**Los Angeles, CA 90074**

RECEIVED

OCT 1 8 2007

Chapman, Popik & White

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Amount to Charge:
Cardholder's Signature:

Denise Brasher Expense Report
October 2007

9999.901       Office Food and Sundries


1226.1337     Lira v. CDCR
10/2          Holiday Inn Express (mtg room for Covello deposition in Oakdale)          101.64

**Holiday Inn EXPRESS**

*MEETING 4:00*
*1:00 TO OR 4:30*
*coffee & water*

*Liru*

September 27, 2007

denise brasher
CHAPMAN POPIK
San Francisco, CA 94108
US   phone 415-362-3000
          3030 fax

Dear  denise brasher,

Thank you for choosing HOLIDAY INN EXPRESS OAKDALE.  We are pleased to confirm your reservation.  Your room reservation details are as follows:

| | |
|---|---|
| Arrival Date: | 10-02-07 |
| Departure Date: | 10-03-07 |
| Number of Nights: | 1 |
| Room Details: | Posting Master |
| Nightly Room Rate: | 95.00 USD *meeting room* |
| Confirmation Number: | 62344046 |

The above room rate is per night and is subject to the following taxes - 7% Room Occupancy Tax.  If you wish to cancel your reservation, please do so within 24 hours of your arrival to avoid cancellation charges.  Please be informed that photo identification will be required at time of check in.

Should you have any questions, please do not hesitate to call us at (209) 847-9121.  We look forward to welcoming you to The Holiday Inn Express Oakdale.

Sincerely,

*Janine*

Reservations Office

828 East F Street
Oakdale, CA 95361
Telephone:  (209) 847 - 9121   Fax:  (209) 848 - 0367
www.hieoakdale.com

# INVOICE

**BARKLEY**
Court Reporters
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2611

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 339762 | 10/5/2007 | 250191 |

| Job Date | Case No. |
|---|---|
| 9/21/2007 | C-00-095 SI (pr) |

| Case Name |
|---|
| Ernesto Lira v. Director of Corrections, et al. |

| Payment Terms |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

Mark A. White, Esq.
Chapman, Popik & White
650 California Street, 19th Flr.
San Francisco, CA 94108

ORIGINAL TRANSCRIPT OF:

Mark Piland                                                                 541.22

**TOTAL DUE >>>**                                            **$541.22**

**Tax ID:** 94-3384408                                          Phone: 415-352-3000   Fax:

*Please detach bottom portion and return with payment.*

Mark A. White, Esq.
Chapman, Popik & White
650 California Street, 19th Flr.
San Francisco, CA 94108

Job No.    : 250191        BU ID    : 03 - SF
Case No.   : C-00-095 SI (pr)
Case Name  : Ernesto Lira v. Director of Corrections, et al.

Invoice No. : 339762        Invoice Date : 10/5/2007
**Total Due :  $ 541.22**

RECEIVED

OCT 1 0 2007

Chapman, Popik & White

1226.1337

OK to pay
Su

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:          Phone#: | | | |
| Billing Address: | | | |
| Zip:          Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **Barkley Court Reporters**
**File No 50217**
**Los Angeles, CA 90074**

aB

# INVOICE

**BARKLEY**
Court Reporters
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 341814 | 11/12/2007 | 251813 |

| Job Date | Case No. | |
|---|---|---|
| 10/18/2007 | C-00-095 SI (pr) | |

| Case Name | | |
|---|---|---|
| Ernesto Lira v. Director of Corrections, et al. | | |

| Payment Terms | | |
|---|---|---|
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Mark A. White, Esq.
Chapman, Popik & White
650 California Street, 19th Flr.
San Francisco, CA 94108

ORIGINAL TRANSCRIPT OF:                                         1,065.02
  Diana Crandall

                                    TOTAL DUE >>>        **$1,065.02**

"Please note our new Tax ID # 95-3312349."

Paid Online
Date: 11/21/07

Phone: 415-352-3000    Fax:

**Tax ID:** 95-3312349

*Please detach bottom portion and return with payment.*

| | | |
|---|---|---|
| Job No. | : 251813 | BU ID | : .BCR - SF |
| Case No. | : C-00-095 SI (pr) | | |
| Case Name | : Ernesto Lira v. Director of Corrections, et al. | | |

Mark A. White, Esq.
Chapman, Popik & White
650 California Street, 19th Flr.
San Francisco, CA 94108

RECEIVED   *please pay*
                 *&*
NOV 1 5 2007

Chapman, Popik & White

| | | | |
|---|---|---|---|
| Invoice No. | : 341814 | Invoice Date | :11/12/2007 |
| **Total Due** | **: $ 1,065.02** | | |

Remit To: **Barkley Court Reporters**
          **File No 50217**
          **Los Angeles, CA 90074**

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | | Amount to Charge: | |
| Cardholder's Signature: | | | |

# INVOICE

**BARKLEY**
Court Reporters
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 341311 | 11/13/2007 | 252219 |

| Job Date | Case No. | |
|---|---|---|
| 10/24/2007 | C-00-095 SI (pr) | |

| Case Name | | |
|---|---|---|
| Ernesto Lira v. Director of Corrections, et al. | | |

| Payment Terms | | |
|---|---|---|
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Mark A. White, Esq.
Chapman, Popik & White
650 California Street, 19th Flr.
San Francisco, CA 94108

ORIGINAL TRANSCRIPT OF:
Dr. Inge Hansen

750.79

TOTAL DUE >>>                      **$750.79**

RECEIVED
NOV 1 9 2007
Chapman, Popik & White

1226.1337 *Please Pay*

**Tax ID:** 95-3312349                                   Phone: 415-352-3000   Fax:

*Please detach bottom portion and return with payment.*

Mark A. White, Esq.
Chapman, Popik & White
650 California Street, 19th Flr.
San Francisco, CA 94108

Job No.    : 252219       BU ID      :.BCR - SF
Case No.   : C-00-095 SI (pr)
Case Name  : Ernesto Lira v. Director of Corrections, et al.

Invoice No. : 341311       Invoice Date :11/13/2007
**Total Due  : $ 750.79**

Remit To: **Barkley Court Reporters**
**File No 50217**
**Los Angeles, CA 90074**

**PAYMENT WITH CREDIT CARD**   AMEX  [ ]  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Amount to Charge:
Cardholder's Signature:

# INVOICE

**BARKLEY**
*Court Reporters*
barkley.com

*File No. 50217*
*Los Angeles, CA 90074-0217*
*Tel 800.222.1231 · Fax 310.867.2610*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 342368 | 11/28/2007 | 254017 |

| Job Date | Case No. | |
|---|---|---|
| 11/19/2007 | C-00-095 SI (pr) | |

| Case Name | | |
|---|---|---|
| Ernesto Lira v. Director of Corrections, et al. | | |

| Payment Terms | | |
|---|---|---|
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Mark A. White, Esq.
Chapman, Popik & White
650 California Street, 19th Flr.
San Francisco, CA 94108

ORIGINAL TRANSCRIPT OF:
   Dr. Inga Hansen, Vol.II

803.75

TOTAL DUE  >>>        **$803.75**

"Please note our new Tax ID # 95-3312349."

**RECEIVED**

DEC 0 3 2007

Chapman, Popik & White

1226.1337

Tax ID: 95-3312349

Phone: 415-352-3000 · Fax:

*Please detach bottom portion and return with payment.*

Mark A. White, Esq.
Chapman, Popik & White
650 California Street, 19th Flr.
San Francisco, CA 94108

| | | |
|---|---|---|
| Job No. | : 254017 | BU ID    :.BCR – SF |
| Case No. | : C-00-095 SI (pr) | |
| Case Name | : Ernesto Lira v. Director of Corrections, et al. | |

Invoice No. : 342368        Invoice Date : 11/28/2007

**Total Due : $ 803.75**

Remit To: **Barkley Court Reporters**
            **File No 50217**
            **Los Angeles, CA 90074**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                Amount to Charge:
Cardholder's Signature:

# STATEMENT



**BARKLEY**
**Court Reporters**
barkley.com

*File No. 50217*
*Los Angeles, CA 90074-0217*
*Tel 800.222.1231 · Fax 310.867.2610*

| Account No. | Date |
|---|---|
| C48299 | 1/2/2008 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $704.40 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$704.40** |

Mark A. White, Esq.
Chapman, Popik & White
650 California Street, 19th Flr.
San Francisco, CA 94108

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 11/12/2007 | 341816 | 704.40 | 10/18/2007 | Paul Dillard | Ernesto Lira v. Director of Corrections, et al. |

*Paid online 12/27/07*

*1226.1337*
*Okay to pay*
**RECEIVED**
**JAN 0 1 2008**
Chapman, Popik & White

**Tax ID:** 95-3312349

Phone: 415-352-3000   Fax:

*Please detach bottom portion and return with payment.*

Mark A. White, Esq.
Chapman, Popik & White
650 California Street, 19th Flr.
San Francisco, CA 94108

Account No.   :   C48299
Date          :   1/2/2008

**Total Due**  :   **$ 704.40**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Amount to Charge:
Cardholder's Signature:

Remit To: **Barkley Court Reporters**
**File No 50217**
**Los Angeles, CA 90074**

1226.1337 *please pay*

# LEGALINK, INC. 

MERRILL LEGAL SOLUTIONS

575 Market Street, 11th Floor
San Francisco, CA 94105

Phone: (415) 357-4300
Fax: (415) 357-4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20074237 | 01/04/2008 | 2001-404366 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/21/2007 | HOWAAN | |

| CASE CAPTION |
|---|
| Ernesto Lira vs. Director of Corrections |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Mark White
Chapman, Popik & White
650 California Street
19th Floor
San Francisco, CA 94108

```
  1 CERTIFIED COPY OF TRANSCRIPT OF:
     Paul Good, Ph.D.            181 Pages @      2.15/Page      389.15
         EXHIBITS               412 Pages @       .70/Page      288.40
         TotalTranscript                                         40.00
         Process/Delivery                                        30.00
         Unedited ASCII (RT)    164.00 Pages @   1.25/Page      205.00

                               TOTAL  DUE  >>>>                  952.55

                               AFTER 2/3/2008 PAY             1,000.18
```

*paid online 1/18/08*

```
Merrill Legal Solutions now includes scanned exhibits in PDF format on all Total
Transcript CD's which come with your transcript.  Simply insert the CD into your
computer and click on the Scanned Exhibits tab.

We have recently moved to a new location:
135 Main Street, 4th Floor
San Francisco, CA 94105

Our remittance address remains the same.
```

**COPY**

TAX ID NO.:  20-2665382                                   (415) 352-3000    Fax 352-3030

*Please detach bottom portion and return with payment.*

Mark White
Chapman, Popik & White
650 California Street
19th Floor
San Francisco, CA 94108

```
Invoice No.:  20074237
Date       :  01/04/2008
TOTAL DUE  :    952.55
AFTER 2/3/2008 PAY : 1,000.18


Job No.    :  2001-404366
Case No.   :
Ernesto Lira vs. Director of Correct
```

**RECEIVED**

JAN 1 5 2008

Chapman, Popik & White

Remit To:   LegaLink, Inc.
            File 70206
            Los Angeles, CA 90074-0206

# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

575 Market Street, 11th Floor
San Francisco, CA 94105

Phone: (415) 357-4300
Fax: (415) 357-4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20073753 | 12/20/2007 | 2001-404125 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/10/2007 | DAREJE | |

| CASE CAPTION | | |
|---|---|---|
| Ernesto Lira vs. Director of Corrections | | 1226-1337 |

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |

William Chapman
Chapman, Popik & White
650 California Street
19th Floor
San Francisco, CA 94108

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Daniel B. Vasquez         219 Pages @      2.15/Page      470.85
     EXHIBITS               125 Pages @       .70/Page       87.50
     TotalTranscript                                         40.00
     Process/Delivery                                        30.00
     Color Copies            2.00 Pages @    1.70/Page        3.40

                            TOTAL  DUE   >>>>              631.75    CNB

                            AFTER 1/19/2008 PAY            663.34
```

Merrill Legal Solutions now includes scanned exhibits in PDF format on all Total
Transcript CD's which come with your transcript.  Simply insert the CD into your
computer and click on the Scanned Exhibits tab.

We have recently moved to a new location:
135 Main Street, 4th Floor
San Francisco, CA 94105

Our remittance address remains the same. ✓

Paid Online
Date: 1/18/08

QB

**TAX ID NO. :** 20-2665382                    (415) 352-3000    Fax  352-3030

*Please detach bottom portion and return with payment.*

William Chapman
Chapman, Popik & White
650 California Street
19th Floor
San Francisco, CA 94108

```
Invoice No.:  20073753
Date      :  12/20/2007
TOTAL DUE  :      631.75
AFTER 1/19/2008 PAY : 663.34

Job No.    :  2001-404125
Case No.   :
Ernesto Lira vs. Director of Correct
```

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

# INVOICE

**BARKLEY**
Court Reporters
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 343690 | 12/19/2007 | 251813 |

| Job Date | Case No. |
|---|---|
| 10/18/2007 | C-00-095 SI (pr) |

| Case Name |
|---|
| Ernesto Lira v. Director of Corrections, et al. |

| Payment Terms |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

Mark A. White, Esq.
Chapman, Popik & White
650 California Street, 19th Flr.
San Francisco, CA 94108

Conference Room Charge for Deposition of:
Diana Crandall (10/18 & 10/19)
Conference Room                                 2.00        @        192.50        385.00

                                                         **TOTAL DUE  >>>**        **$385.00**

"Please note our new Tax ID # 95-3312349."

LIGHTHOUSE INN - CRESCENT CITY, CA
2 DAYS

RECEIVED
DEC 2 6 2007
Chapman, Popik & White

Paid Online
Date: 1/18/08

Okay to pay
Bx_____ 1296.1337

**Tax ID:** 95-3312349                                                         Phone: 415-352-3000    Fax:

*Please detach bottom portion and return with payment.*

Mark A. White, Esq.
Chapman, Popik & White
650 California Street, 19th Flr.
San Francisco, CA 94108

Job No.     : 251813          BU ID        :.BCR – SF
Case No.    : C-00-095 SI (pr)
Case Name : Ernesto Lira v. Director of Corrections, et al.

Invoice No.  : 343690          Invoice Date : 12/19/2007
**Total Due**  : **$ 385.00**

Remit To:  **Barkley Court Reporters**
**File No 50217**
**Los Angeles, CA 90074**

| PAYMENT WITH CREDIT CARD | AMEX | MASTERCARD | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                     Amount to Charge:
Cardholder's Signature:

# INVOICE

Combs Reporting, Inc.
595 Market Street, Suite 620
San Francisco, CA 94105
Phone:415-227-4060   Fax:415-227-0317

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7532 | 1/23/2008 | 6181 |
| **Job Date** | **Case No.** | |
| 1/8/2008 | C-00-095 SI (pr) | |
| **Case Name** | | |
| Lira vs. Director of Corrections, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

William Brewster Chapman
Chapman, Popik & White, LLP
650 California Street
19th Floor
San Francisco, CA 94108

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Adam Goldyne, M.D. | 91.00 | Pages | @ | 5.20 | 473.20 |
| Exhibit | 215.00 | Pages | @ | 0.40 | 86.00 |
| Litigation Support Pkg. | | | | 43.00 | 43.00 |
| Handling & Processing | | | | 29.00 | 29.00 |

**TOTAL DUE  >>>**            **$631.20**

Thank you for your business.
Invoices and Statements may now be received via fax, e-mail or U.S. Mail.
If you would like to change the way you receive your invoices, please call us at 415-227-4060.

*Ok to pay WB*
*1226.1337*

Paid Online
Date: 2/8/08

RECEIVED
JAN 2 5 2008
CHAPMAN, POPIK & WHITE

**Tax ID:** 11-3674829                                   Phone: 415-352-3000   Fax:415-352-3030

---

*Please detach bottom portion and return with payment.*

William Brewster Chapman
Chapman, Popik & White, LLP
650 California Street
19th Floor
San Francisco, CA 94108

Job No.      : 6181          BU ID        : 1-MAIN
Case No.     : C-00-095 SI (pr)
Case Name    : Lira vs. Director of Corrections, et al.

Invoice No.  : 7532          Invoice Date  : 1/23/2008
**Total Due   : $ 631.20**

| PAYMENT WITH CREDIT CARD | MasterCard | VISA |
|---|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **Combs Reporting, Inc.**
           **595 Market Street, Suite 620**
           **San Francisco, CA 94105**

# INVOICE

Combs Reporting, Inc.
595 Market Street, Suite 620
San Francisco, CA 94105
Phone:415-227-4060   Fax:415-227-0317

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7548 | 1/25/2008 | 6276 |

| Job Date | Case No. |
|---|---|
| 1/22/2008 | C-00-095 SI (pr) |

| Case Name |
|---|
| Lira vs. Director of Corrections, et al. |

| Payment Terms |
|---|
| Due upon receipt |

William Brewster Chapman
Chapman, Popik & White, LLP
650 California Street
19th Floor
San Francisco, CA 94108

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| David Tristan | 111.00 Pages | @ | 4.90 | 543.90 |
| Exhibit | 29.00 Pages | @ | 0.40 | 11.60 |
| Litigation Support Pkg. | | | 43.00 | 43.00 |
| Handling & Processing | | | 29.00 | 29.00 |
| | **TOTAL DUE  >>>** | | | **$627.50** |

Thank you for your business.
Invoices and Statements may now be received via fax, e-mail or U.S. Mail.
If you would like to change the way you receive your invoices, please call us at 415-227-4060.

*okto pay DB*
*1226 1337*
Paid Online
Date 2/27/08

**Tax ID:** 11-3674829

Phone: 415-352-3000   Fax:415-352-3030

---

*Please detach bottom portion and return with payment.*

William Brewster Chapman
Chapman, Popik & White, LLP
650 California Street
19th Floor
San Francisco, CA 94108

Job No.     : 6276          BU ID      : 1-MAIN
Case No.    : C-00-095 SI (pr)
Case Name   : Lira vs. Director of Corrections, et al.

Invoice No. : 7548          Invoice Date : 1/25/2008
**Total Due**   : **$ 627.50**

Remit To: **Combs Reporting, Inc.**
          **595 Market Street, Suite 620**
          **San Francisco, CA 94105**

*Paid 2/27*

**PAYMENT WITH CREDIT CARD**     MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:            Amount to Charge:
Cardholder's Signature:

# LEGALINK, INC.

MERRILL LEGAL SOLUTIONS

575 Market Street, 11th Floor
San Francisco, CA 94105

Phone: (415) 357-4300
Fax: (415) 357-4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20075985 | 02/25/2008 | 2001-406023 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/21/2008 | LEQVSO | |

**CASE CAPTION**

Ernesto Lira vs. Director of Corrections

**TERMS**

Immediate, sold FOB Merrill facility

Mark White
Chapman, Popik & White
650 California Street
19th Floor
San Francisco, CA 94108

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Craig Haney, Ph.D., J.D. | 171 Pages @ | 2.15/Page | 367.65 |
| EXHIBITS | 118 Pages @ | .70/Page | 82.60 |
| TotalTranscript | | | 40.00 |
| Process/Delivery | | | 30.00 |
| Unedited ASCII (RT) | 148.00 Pages @ | 1.25/Page | 185.00 |

**TOTAL DUE >>>> 705.25**

AFTER 3/26/2008 PAY 740.51

Merrill Legal Solutions now includes scanned exhibits in PDF format on all Total
Transcript CD's which come with your transcript. Simply insert the CD into your
computer and click on the Scanned Exhibits tab.

We have recently moved to a new location:
135 Main Street, 4th Floor
San Francisco, CA 94105

Our remittance address remains the same.

Paid Online
Date: 3|14|08

TAX ID NO.: 20-2665382

(415) 352-3000    Fax 352-3030

*Please detach bottom portion and return with payment.*

Mark White
Chapman, Popik & White
650 California Street
19th Floor
San Francisco, CA 94108

1226.1337
Ok to pay
SK

Invoice No.: 20075985
Date : 02/25/2008
**TOTAL DUE : 705.25**
AFTER 3/26/2008 PAY : 740.51

Job No. : 2001-406023
Case No. :
Ernesto Lira vs. Director of Correct

Remit To: LegaLink, Inc.
File 70206
Los Angeles, CA 90074-0206

Paragon Reporting Services
210 North Fourth Street
Suite 205
San Jose, CA 95112
(408) 295-8301   Fax  (408) 295-4544

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 68077 | 01/07/2009 | 01-15432 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/05/2009 | RIVIRO | C-00-0905 SI |

| CASE CAPTION | | |
|---|---|---|
| Lira v. Cate | | |

| TERMS | | |
|---|---|---|
| Net 30   +1.5% per Month on Past-Due Balances | | |

Mark A. White
Chapman, Popik & White, LLP
650 California Street, 19th Floor
San Francisco, CA 94108

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Criag Haney, Ph.D., JD           61 Pages            149.45
      2 DAY EXPEDITE                                     134.51
      EXHIBITS                       15 Pages              6.00
      CERTIFICATION FEE(COPY)                             5.00
      CONDENSED TRANSCRIPT(S)                            10.00
      EMAIL TRANSCRIPT                                    5.00
      LITIGATION SUPPORT/CD                                n/c
      COURIER CHARGES                                    20.00


                                 TOTAL  DUE  >>>>        329.96
```

*Paid Online*
*Date: 1/13/09   Cnk #5756*

*ok to pay DB*
*1226.1537*

TAX ID NO. : 27-0122205                          (415) 352-3000   Fax (415) 352-3030

*Please detach bottom portion and return with payment.*

Mark A. White
Chapman, Popik & White, LLP
650 California Street, 19th Floor
San Francisco, CA 94108

```
Invoice No.:  68077
Date      :  01/07/2009
TOTAL DUE :   329.96



Job No.   :  01-15432
Case No.  :  C-00-0905 SI
Lira v. Cate
```

Remit To:   **Paragon Reporting Services**
            **210 North Fourth Street**
            **Suite 205**
            **San Jose, CA 95112**

# Atkinson·Baker
##### Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

*ok to pay DB*
*1226.1337*

---

William B. Chapman
Chapman, Popik & White LLP
650 California Street
19th Floor
San Francisco, CA 94108-2606

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Deborah Ryan
dryan@depo.com

ABI'S Federal ID No.:          95-4189037

| | |
|---|---|
| Setting Firm: | California Attorney General |
| Taking Attorney: | Scott J. Feudale |
| Case Name: | Ernest Lira vs Director of Corrections |
| Case No.: | C-00-0905 SI |

| | |
|---|---|
| INVOICE NO. | A20B10A AB |
| FIRM NO. | 1161375 |
| INVOICE DATE | 01/06/2009 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Paul Good, Ph.D., taken 12/16/2008. | $   336.50 |
| PAYMENTS | -  $ 0.00 |
| BALANCE DUE | $   336.50 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

RECEIVED

JAN    2009

Chapman, Popik & White

---

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $    336.50 |
|---|---|
| INVOICE NO. | A20B10A AB |
| FIRM NO. | 1161375 |

For:     Certified copy of the reporter's transcript of the deposition of Paul Good, Ph.D., taken 12/16/2008.

From:   William B. Chapman
Chapman, Popik & White LLP
650 California Street
19th Floor
San Francisco, CA 94108-2606

Remit To:   Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.



CHAPMAN, POPIK & WHITE LLP
650 CALIFORNIA ST., SUITE 1900, SAN FRAN.
SAN FRANCISCO, CA 94108

Bank of America

Forty and no/100

Pay to  Joe Mc Grath

Attn: U. Dept. of Corrections

Amt: 40.00

Ref. No.: 0692463915



Bank of America

CHAPMAN, POPIK, & WHITE

Statement Period: November 1 through November 30, 20

Account Number:

Account Number:

Ref. No.: 2992725962     Amt: 40.00



Ref. No.: 1260468077     Amt: 52.00

Ref. No.: 0892011301     Amt: 58.43

California     Page

Continued on next page

0046725.012.Z23.8



Ref. No.: 3092315629          Amt: 113.72



# CHAPMAN, POPIK & WHITE LLP

December 12, 2008

<u>Via US Mail</u>

Ms. Inge M. Hansen
Counseling & Psychological Services
866 Campus Drive, 2nd Floor
Stanford, CA 94305

    Re:    *Lira v Director of Corrections, et al.*
            United States District Court, No. C-00-0905 SI (pr)

Dear Ms. Hansen:

    Thank you for agreeing to accept service of this trial subpoena by mail directly.

    I am enclosing a check for mileage and parking fees for $60.04 for this trial appearance. Please call me with any questions, and thank you for your assistance.

            Very truly yours,

            Mark A. White

MAW:db
G:\1337\C\Service re TS Hansen.wpd





1/21/2009        7210              60.04

1/21/2009        5769             100.00



1/16/2009        7219             101.79



1/20/2009        7224              83.36



1/14/2009        7225             188.43

CHAPMAN, POPIK & WHITE LLP

December 12, 2008

<u>Via US Mail</u>

Mr. Robert Gordon
P.O. Box 923
Soulsbyville, CA 95372

Re: *Lira v Director of Corrections, et al.*
United States District Court, No. C-00-0905 SI (pr)

Dear Mr. Gordon:

Thank you for agreeing to accept service of this trial subpoena by mail directly.

I am enclosing a check for mileage and parking fees for $177.63 ($162.63 + $15 parking) for this trial appearance. Please call me with any questions, and thank you for your assistance.

Very truly yours,

Mark A. White

MAW:db
G:\1337\C\Service re TS Gordon.wpd

# CHAPMAN, POPIK & WHITE LLP

December 16, 2008

<u>Via Certified Mail</u>

Office of Legal Affairs
California Department of Corrections and Rehabilitation
1515 S Street, Suite 314 South
Sacramento CA  95814

     Re:   *Lira v Director of Corrections, et al.*
           United States District Court, No. C-00-0905 SI (pr)

Dear Sir or Madam:

    Deputy Attorney General Scott Feudale, counsel for defendant in this matter, directed my office to the Office of Legal Affairs to effect service of the enclosed trial subpoenas for CDCR employees Edward Alameida, Jr. and Judy Olson.

    I am enclosing for Mr. Alameida and Ms. Olson their separate checks for witness fees and mileage.  Please call me with any questions, and thank you for your assistance.

               Very truly yours,

               Mark A. White

MAW:db
G:\1337\C\Service re TS Alameida Olson.wpd

CHAPMAN, POPIK & WHITE LLP
650 CALIFORNIA ST., 19TH FL.   (415) 352-3000
SAN FRANCISCO, CA  94108

7219

16-1606-1220

PAY
AMOUNT
OF   One hundred one dollars  79/00

DATE  12-16-08

TO THE ORDER OF   Edward Alameida

CHECK
AMOUNT
$  101.79

| EXPLANATION | AMOUNT |
|---|---|
| Lira v. CDCR | |
| No 00-0905 USDC N.D.Cal | |
| trial date Jan 12 2009 | |
| witness fee | |

DESCRIPTION   1226.1337

CHECK
NUMBER   7219

CITY NATIONAL BANK
San Francisco Financial Center
415-576-2700
150 California Street
San Francisco, California 94111

⑈007219⑈ ⑆122016060⑆ 43 2⑈703975⑈

11011


CHAPMAN, POPIK & WHITE LLP
650 CALIFORNIA ST., 19TH FL.   (415) 352-3000
SAN FRANCISCO, CA  94108

7218

16-1606-1220

PAY
AMOUNT
OF   One hundred one dollars  79/00

DATE  12-16-08

TO THE ORDER OF   Judy Olson

CHECK
AMOUNT
$  101.79

| EXPLANATION | AMOUNT |
|---|---|
| Witness fee: mileage | |
| & parking | |
| Lira v. CDCR | |
| 00-0905 USDC N.D.Cal | |

DESCRIPTION   1226.1337

CHECK
NUMBER   7218

CITY NATIONAL BANK
San Francisco Financial Center
415-576-2700
150 California Street
San Francisco, California 94111

⑈007218⑈ ⑆122016060⑆ 43 2⑈703975⑈

11011

F

# CHAPMAN, POPIK & WHITE LLP

January 12, 2009

Brian Fielder
Correctional Counselor I
Deuel Vocational Institution
P.O. Box 400
Tracy, CA  95378-0400

   Re: *Lira v Director of Corrections, et al.*
     United States District Court, No. C-00-0905 SI (pr)

Dear Mr. Fielder:

   Thank you for your continuing cooperation in making your trial appearance.  As I emailed earlier, the judge in this matter called in sick herself and the witness appearance schedule will change accordingly.  Perhaps by the time you receive this, you will have made your appearance.

   To recap for accounting purposes, we earlier sent a check for $83.36 with the trial subpoena, but then discovered that the full fee owed to you was $119.56 (which covers roundtrip mileage to the San Francisco courthouse (68 miles x 2) x 0.585=$79.56 + $40.00 witness fee).  I am enclosing a check for $40.20, covering the difference.

   Please email or call with any questions, and again thank you for your service and assistance.

     Very truly yours,

     Denise Brasher
     Assistant to Mark A. White

MAW:db



**Page   7**



Fielder check I



Page   8



2/26/2009          7218              101.79



2/23/2009          7223              113.31



2/5/2009           7230              113.55



2/5/2009           7238              133.00



2/10/2009          7239              40.20

Fielder
check II

CHAPMAN, POPIK & WHITE LLP
650 CALIFORNIA ST., 19TH FL., (415) 352-3000
SAN FRANCISCO, CA 94108

7225

16-1606-1220

PAY
AMOUNT
OF    One hundred eighty - eight dollars 43/100

TO THE ORDER OF

DATE   12/9/08

MiLo SmiTH

CITY NATIONAL
BANK    San Francisco Financial Center
415-576-2700
150 California Street
San Francisco, California 94111

111011

CHECK
AMOUNT

$ 188.43

| EXPLANATION | AMOUNT |
|---|---|
| Witness Fee : mileage, parking | |
| Lien v. Check | |
| Trial Date Jan 12, 2009 | |

DOLLARS

| DESCRIPTION | CHECK NUMBER |
|---|---|
| | 7226 |
| 12-26-1337 | |

⑉"00 7 2 2 5"⑉ ⑆⑈ 1 2 20 1606 61⑈ 4 3 2"70 3 9 7 5"⑉

**CHAPMAN, POPIK & WHITE LLP**
650 CALIFORNIA ST., 19TH FL.  (415) 352-3000
SAN FRANCISCO, CA 94108

7223

16-1606-1220

| EXPLANATION | AMOUNT |
|---|---|
| trial subpoena | |
| witness fee parking/mileage | |
| Lira v. Cock | |
| trial date  Jan. 12, 2009 | |

PAY
AMOUNT
OF

one hundred thirteen dollars & 31/100

DATE  12/19/08

TO THE ORDER OF

JOE McGRATH

| DESCRIPTION | CHECK NUMBER |
|---|---|
| 1226.1337 | 7223 |

CHECK
AMOUNT

$ 113.31

**CITY NATIONAL BANK**  San Francisco Financial Center
415-576-2700
150 California Street
San Francisco, California 94111

⑈00 7 2 2 3⑈ ⑆ 1 2 20 16 06 6⑆ 4 3 2⑈ 7 0 3 9 7 5⑈

NP

11011



Page   8



2/26/2009        7218              101.79        2/23/2009        7223              113.31

2/5/2009        7230              113.55        2/5/2009        7238              133.00        2/10/2009        7239              40.20

Mark Piland
Checks I and II

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE

INVOICE NO:   20090009

**MAKE CHECKS PAYABLE TO:**

Mark A. White
Chapman, Popik & White
650 California Street
Suite 1900
San Francisco, CA 94108

Phone:

Belle Ball, CSR,RMR,CRR
Official Reporter, USDC
450 Golden Gate Avenue
16th Floor, Room 6812
San Francisco, CA 94102

Phone:     (415) 373-2529
FAX        (415) 522-3149
Tax ID:    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
belle_ball@cand.uscourts.gov

| | | |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 01-28-2009 | DATE DELIVERED: 03-05-2009 |

**Case Style:** C 00-0905 SI, Lira v Cate
PACER Transcripts of Bench Trial before Hon. Susan Illston.
SEALED portions in paper form.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 75 | 0.90 | 67.50 | | | | 67.50 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 1983 | 1.20 | 2,379.60 | | | | 2,379.60 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 2,447.10 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| **Check No: 7262**   **Deposit Date: 01-28-2009** | LESS AMOUNT OF DEPOSIT: 2,077.20 |
| | TOTAL REFUND: |
| **Date Paid:**   **Amt:** | TOTAL DUE: $369.90 |

## ADDITIONAL INFORMATION

   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

   I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

COPY

| SIGNATURE | DATE 03-05-2009 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*



**CHAPMAN, POPIK & WHITE** LLP
650 CALIFORNIA ST., 19TH FL. (415) 989-3000
SAN FRANCISCO, CA 94108

6693

11-00-1210

| EXPLANATION | AMOUNT |
|---|---|
| Extra - consulting | |
| fee | |

PAY AMOUNT OF  One thousand and no /100

DOLLARS

CHECK AMOUNT

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | |
|---|---|---|---|---|
| 7-8-08 | Adam Goldyne M.D. | 1226-1337 | 6693 | $ 1,000.00 |
| | Lira v. Dept Corrections | | | |

Bank of America

⑆006693⑆ ⑇121000358⑇ 00330⑈25747⑈

Ref. No.: 3592325304          Amt: 1,000.00

**CHAPMAN, POPIK & WHITE** LLP
650 CALIFORNIA ST., 19TH FL. (415) 989-3000
SAN FRANCISCO, CA 94108

6694

11-00-1210

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |

PAY AMOUNT OF  Three hundred thirty three and 33/100

DOLLARS

CHECK AMOUNT

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | |
|---|---|---|---|---|
| 7-8-08 | Adam Goldyne M.D. | 1226-1337 | 6694 | $ 333.33 |

Bank of America

⑆006694⑆ ⑇121000358⑇ 00330⑈25747⑈

Ref. No.: 3592325306          Amt: 333.33



**Golden State**
L E G A L

Your Trusted Source for Litigation Support!

# INVOICE

| Date | Invoice # |
|------|-----------|
| 1/6/2009 | 25162 |

**Bill To:**

Chapman Popik & White, LLP
650 California St.
Suite 1900
San Francisco, CA 94108

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
|-----------|---------|
| 1226.1337 | Greg Walsh |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| | *** ONE SET *** | | |
| 321 | Litigation Copies | 0.15 | 48.15T |
| 100 | Tabs Inserted | 0.25 | 25.00T |
| 25 | Custom/High # Tabs | 0.55 | 13.75T |
| | 3-Hole Drill Copies | | |
| | Insert Copies into Binders | | |
| 1 | 3" D-Ring Binders | 12.50 | 12.50T |
| | RUSH!!! | | |
| | | | |
| | THANK YOU FOR YOUR BUSINESS!!! | | |

| | Sales Tax (8.5%) | $8.45 |
|--|------------------|-------|

Received By: _[signature]_

| **Total** | $107.85 |
|-----------|---------|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.



# INVOICE

**Golden State**

L E G A L

Your Trusted Source for Litigation Support!

| Date | Invoice # |
|------|-----------|
| 1/7/2009 | 25181 |

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Bill To: |
|----------|
| Chapman Popik & White, LLP<br>650 California St.<br>Suite 1900<br>San Francisco, CA 94108 |

| Billing # | Contact |
|-----------|---------|
| 1226.1337 | Greg Walsh |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| | 2 Original Binders<br>Copy/Label/Copy | | |
| 780 | Litigation Copies<br>Insert Tabs into Copies | 0.145 | 113.10T |
| 12 | Tabs Inserted<br>3-Hole Drill Copies | 0.25 | 3.00T |
| 161 | Produce Bates Labels & Apply to Diaries Binder Upper Right Corner<br>098-001  -  098-161 | 0.07 | 11.27T |
| 229 | Produce Bates Labels & Apply to Medical Records Binder Upper Right Corner<br>099-001  -  099-229<br>Insert Copies into Binders | 0.07 | 16.03T |
| 2 | 1.5" D-Ring Binders | 8.50 | 17.00T |
| 2 | 2" D-Ring Binders | 10.25 | 20.50T |
| 0.1 | Labor to Create and Insert Spine Labels & Cover Pages<br>Due 9:30 A.M. Thursday 1/8/09 | 65.00 | 6.50 |
| | THANK YOU FOR YOUR BUSINESS!!! | | |

| | | Sales Tax (8.5%) | $15.38 |
|--|--|------------------|--------|

Received By: _____

| | **Total** | $202.78 |
|--|-----------|---------|

TERMS:  This invoice is due and payable within 10 days of invoice date and past due after 30 days.  18% per annum or minimum of $10.00 will be charged on all overdue accounts.  Your signature above is an agreement that the above described work has been authorized and received.  In any action, proceeding or arbitration arising from the



# LEGAL

INVOICE

Your Trusted Source for Litigation Support!

| Date | Invoice # |
|------|-----------|
| 1/27/2009 | 25483 |

| Bill To: |
|----------|
| Chapman Popik & White, LLP<br>650 California St.<br>Suite 1900<br>San Francisco, CA 94108 |

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
|-----------|---------|
| 1226.1337 *ok to pay* 𝐵 | Denise |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 160<br>560 | *** 10 SETS ***<br>Litigation Copies<br>Color Copies (8.5 x 11") to Capture Highlights<br>Staple Copies for Original Clips<br>Re-clip Originals<br>Rubber Band Copies<br>Due 4:00 P.M.<br><br>THANK YOU FOR YOUR BUSINESS!!! | 0.145<br>0.79 | 23.20T<br>442.40T |

*excerpts from Crandall, Dillard, & Rosenkrans for trial exhibit lodging*

| | Sales Tax (8.5%) | $39.58 |
|--|------------------|--------|
| Received By: | Total | $505.18 |

TERMS:  This invoice is due and payable within 10 days of invoice date and past due after 30 days.  18% per annum or minimum of $10.00 will be charged on all overdue accounts.  Your signature above is an agreement that the above described work has been authorized and received.  In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.



# INVOICE

**Golden State** LEGAL

Your Trusted Source for Litigation Support!

| Date | Invoice # |
|------|-----------|
| 1/9/2009 | 25227 |

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Bill To: |
|----------|
| Chapman Popik & White, LLP<br>650 California St.<br>Suite 1900<br>San Francisco, CA 94108 |

| Billing # | Contact |
|-----------|---------|
| 1226.13371 | Greg Walsh |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Follow Detailed Special Instructions for Trial Exhibit Binder<br>(5 Sets with Exhibit Stickers Copied/5 Sets without)<br>*** 10 SETS *** | | |
| 8,145 | Litigation Copies<br>Copy 2-sided as Originals as per instruction<br>Insert Tabs into Copies | 0.135 | 1,099.58T |
| 1,060 | Tabs Inserted | 0.25 | 265.00T |
| 130 | High # Tabs<br>3-Hole Drill Copies<br>Insert Copies into Binders | 0.55 | 71.50T |
| 20 | 1.5" D-Ring Binders | 8.50 | 170.00T |
| 10 | 3" D-Ring Binders | 12.50 | 125.00T |
| | Insert Spine Labels & Cover Pages as Originals<br>Rebind Originals<br>2 Copy Sets & Originals Delivered ASAP | | |
| | THANK YOU FOR YOUR BUSINESS!!!<br>THANK YOU FOR YOUR BUSINESS!!! | | |

| | Sales Tax (8.5%) | $147.14 |
|---|------------------|---------|

Received By: _____

| Total | $1,878.22 |
|-------|-----------|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.


# Golden State
## L E G A L

### INVOICE

| Date | Invoice # |
|------|-----------|
| 1/19/2009 | 25362 |

Your Trusted Source for Litigation Support!

**Bill To:**

Chapman Popik & White, LLP
650 California St.
Suite 1900
San Francisco, CA 94108

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
|-----------|---------|
| 1226.1337 | Greg Walsh |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 107 | Follow Detailed Special Instructions<br>Produce Bates Labels & Apply onto Originals (116/1 - 116/26 and 117/1 - 117/81)<br>*** LABEL / COPY x 10 SETS *** | 0.07 | 7.49T |
| 1,070 | Litigation Copies<br>Clip Copies<br>Re-staple/Re-clip Originals<br>Rubber Band Copies<br>Due: 01/19/09 @ 4:30 P.M.<br><br>THANK YOU FOR YOUR BUSINESS!!! | 0.135 | 144.45T |
| | **Sales Tax (8.5%)** | | $12.91 |

Received By: _[signature]_

| **Total** | **$164.85** |
|-----------|-------------|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.